AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| 3M COMPANY<br><br>*Plaintiff(s)*<br>v.<br>NEXUS MEDICAL LLC, VINASIA CHE TAO LLC, and DOES 1-10<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-00697 LY<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VinAsia Che Tao LLC
By and through its registered agent:
Registered Agents, Inc.
30 N. Gould Street, Suite 9364
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael O'Donnell
Norton Rose Fulbright US LLP
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Tel. (210) 270-7145
mike.odonnell@nortonrosefulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**Jeannette J. Clack**
*CLERK OF COURT*

Date: June 30, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vinasia Che Tao LLC
was received by me on *(date)* 6-30-2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Danielle Sanderson - Customer Service , who is
designated by law to accept service of process on behalf of *(name of organization)* Registered
Agents Inc., 30 N Gould, STE 9364 on *(date)* 7-1-2020 ; or
   Sheridan, WY 82801
☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7-1-2020

_____
Server's signature

Dustin Looper, Process Server
Printed name and title

4100 Sweetbrier #105
Casper, WY 82604
Server's address

Additional information regarding attempted service, etc:

W, F, 30's, 5', 8", 190, purple hair
Served customer service representative
of registered agent.