# EXHIBIT
# 1



PRODUCTS FOR
BUSINESS    ▼    PRODUCTS FOR
CONSUMERS    ▷    ABOUT US  ▷

3M United States  >  About 3M  >  History



# 3M History

Here, our history inspires your future.

More than a century ago, 3M started as a small-scale mining venture in Northern Minnesota, then named Minnesota Mining and Manufacturing Company. Now a global powerhouse, our products improve the daily lives of people around the world.

But our success and longevity were not apparent from the start. We tried. We failed. We tried something new. Repeat cycle. Innovation and perseverance drove our founders, and it continues to drive 3Mers today.

## From Humble Beginnings to Fortune 500

When 3M began in 1902, our five founders had a simple goal: to mine for corundum, a mineral ideal for making sandpaper and grinding wheels. Turns out, what they thought was corundum was really another low-grade mineral called anorthosite.

Discovering the poor-quality mineral could have caused an early end to our fledgling company, but our founders persisted. Why? Because something more important was born that first year: the spirit of innovation and collaboration that forms the foundation of 3M today. So instead of calling it quits, we turned to different materials, applied

them to other products, gained the trust of important investors and built up sales little by little.

Scientific, technical and marketing innovations produced success upon success over the years, eventually making 3M a constant name on the Fortune 500 list. Today, more than 60,000 3M products are used in homes, businesses, schools, hospitals and other industries. One third of our sales come from products invented within the past five years, thanks to innovations from the thousands of researchers and scientists we employ around the world.

With corporate operations in 70 countries and sales in 200, we are committed to creating the technology and products that advance every company, enhance every home and improve every life.



## Click the dots to see how 3M has evolved from mining for rocks to rocking innovation in science, technology, engineering and mathematics.

VIEW FULL 3M TIMELINE ▷

1902 – Humble Beginnings


 Minnesota Mining and Manufacturing Company was founded by Dr. J. Danley Budd, Henry. S. Bryan, William A. McGonagle, John Dwan and Hermon W. Cable in Two Harbors, MN.

1902 – Humble Beginnings
✕

Minnesota Mining and Manufacturing Company was founded by Dr. J. Danley Budd, Henry. S. Bryan, William A. McGonagle, John Dwan and Hermon W. Cable in Two Harbors, MN.

# EXHIBIT 2



PRODUCTS FOR
BUSINESS ▼        PRODUCTS FOR
CONSUMERS ▷        ABOUT US ▷

3M United States > Our Brands

Alert: 3M is committed to the fight against COVID-19. I

# 3M Featured Brands

The foundation of 3M is represented in its core brands and the markets we support.



### Post-it® Brand

All colors, sizes, themes, & shapes. See products & find where to buy.



### Scotch-Brite™ Brand

Cleaning tools for every mess- from keeping tidy to the deepest clean, we have every tool you need to leave your home spotless.



### Scotch™ Brand

For decades, we've been celebrating everyday ingenuity by inventing products to help fix, mount, make and create. For every problem, there's a solution. For every project, there's Scotch™ Brand.

### Nexcare™ Brand

Nexcare™ brand is trusted by doctors and nurses, trusted and used in hospitals. Nexcare is serious about healing, our products are the proof.



### Filtrete™ Brand

Filtrete™ Healthy Living Filters have exclusive Filtrete™ Brand 3-in-1 technology from 3M that pulls in and traps unwanted particles while letting cleaner air flow through to help your home stay cleaner, fresher, healthier. Change your filter today.



### Command™ Brand

Check out all the ways you can organize this fall with Command™ Products in your home.



### Scotch® Painter's Tape

Find the right Scotch® Painter's Tape products for your painting projects. Learn how to use painters tape and get tips for removing painters tape here.



### FUTURO™ Brand

Weekend warriors, world travelers, and lifelong competitors trust FUTURO™ Brand products for joint protection and pain relief.

   

### ACE™ Brand

When you need support for a sprained ankle, sore wrist or other joint, trust ACE™ Brand braces to provide effective joint support.

### 3M™ Littmann® Stethoscopes

3M™ Littmann® stethoscopes provide the level of acoustics needed for physicians, nurses and students. Cardiology, Classic, Lightweight and Electronic models available.

## All 3M Brands

⊕ **Automotive**

⊕ **Commercial Solutions**

⊕ **Consumer**

⊕ **Design & Construction**

⊕ **Electronics**

⊕ **Energy**

⊕ **Government**

⊕

**Health
Care**

⊕ **Manufacturing**

⊕ **Mining, Oil & Gas**

⊕ **Safety**

⊕ **Transportation**

# EXHIBIT
# 3



PRODUCTS FOR BUSINESS ▼         PRODUCTS FOR CONSUMERS ▷         ABOUT US ▷

3M United States  >  All 3M Products  >  Health Care  >  Medical

Alert: 3M is committed to the fight against COVID-19.  Learn al

575 Results


Email
Facebook
Twitter
Linkedin

575 Results



# Solutions to optimize care.

At 3M, we pair ingenuity with patient-centered science to provide solutions to help improve patient outcomes and increase efficiency and value for our customers. Our product and technology development are driven by the needs of patients and the clinicians who care for them.

## Filter Results By

### Product Category ⌄

Casting & Splinting (57)

Chemicals (1)

Hand Hygiene (15)

Food Safety & Microbiology (10)

Medical tapes (16)

Patient Monitoring (84)

Personal Protective Equipment (9)

Securement & Immobilization-Dressing Securement (38)

Skin & Wound Care (58)

Sterilization & Monitoring (90)

Surgical Safety Solutions (289)

Vascular Access (39)

Personal Health Care (29)

Adhesives & Tapes (15)

Facility Cleaning & Maintenance (2)

Animal & Pet Care (2)

### Featured Brands ⌄

FUTURO (53)

Attest (42)

Bair Hugger (34)

Tegaderm (34)

Littmann (32)

+ More

## Expertise





### Think Skin Deeper

It's time to see skin differently – to celebrate its role as protector. When we work together, combining our science with your relentless commitment to care, we can elevate the critical role skin plays in the care and well-being of every person.

**Read More**

### Every Touchpoint Matters

Reducing the risk of preventable complications at every touchpoint helps drive toward better outcomes for you and your patients. Working together, we can help address the clinical challenges that help reduce the total cost of care.

**Read More**

## Explore Our Product Categories






### Casting & Splinting

### Hand Hygiene

### Patient Monitoring

### Securement and Immobilization

   

**Skin & Wound Care**    **Sterilization & Monitoring**    **Surgical Solutions**    **Vascular Access**

## Our Brands



**3M™ Attest™ Sterilization Monitoring Solutions**    **3M™ A Solution**



**Your Selections:**    ✕ Health Care    ✕ Medical



**3M™ Bair Hugger™ Flex Warming Gown**
□ 2 Options

**3M™ Bair Hugger™ Intraoperative Blankets**
□ 44 Options

**3M™ Avagard™ (Chlorhexidine Gluconate 1% Solution and...**
□ 2 Options


★★★★☆

**3M™ Tegaderm™ I.V. Securement Dressing**



**3M™ Ioban™ 2 Antimicrobial Incise Drape 6650EZ...**

**3M™ Surgical Clipper Professional 9681-1/CV...**

**3M™ Littmann® Cardiology IV™ Diagnostic...**
□ 34 Options

**3M™ Novec™ 7500 Engineered Fluid**
□ 3 Options



**3M™ Comply™ SteriGage™ Steam Chemical**

**3M™ Attest™ Rapid Readout Biological**

**3M™ Attest™ Super Rapid Readout**

**3M™ Attest™ Rapid Readout Biological**

★★★★★

★★★★★

★★★★★

**3M™ Comply™ SteriGage™ Steam Chemical**

**3M™ Comply™ Bowie-Dick Plus Test Pack**

**3M™ Attest™ Super Rapid Readout**

**3M™ PICC / CVC Securement Device +**



★★★★★



**3M™ Attest™ Rapid Readout Biological**

**3M™ Attest™ Super Rapid Readout**

**3M™ Attest™ Super Rapid 5 Steam Plus**

**3M™ Attest™ Super Rapid Readout**

★★★★☆

**3M™ Tegaderm™ Silicone Foam Dressings**

**3M™ Attest™ Rapid Readout Biological**

**3M™ Attest™ Super Rapid 5 Steam Plus**

**3M™ Surgical Clipper Professional Blade 9680**

★★★★☆

Show Next 24

# EXHIBIT
# 4

Int. Cls.: 9 and 10

Prior U.S. Cls.: 21, 23, 26, 36, 38, 39 and 44

**United States Patent and Trademark Office**

Reg. No. 3,398,329

Registered Mar. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# 3M

3M COMPANY (DELAWARE CORPORATION)
3M CENTER, 220-9E-01
2501 HUDSON ROAD
ST. PAUL, MN 55144

FOR: FULL LINE OF PARTICULATE, OZONE, GAS, VAPOR, CHEMICAL, BIOHAZARD AND OTHER RESPIRATORS, INCLUDING FILTERING FACE-PIECE RESPIRATORS AND ELASTOMERIC FACE-PIECE RESPIRATORS, OTHER THAN FOR ARTIFICIAL RESPIRATION; FULL LINE OF SELF-RESCUE AND PROTECTION APPARATUS, NAMELY, OXYGEN BREATHING UNITS, SUPPLIED-AIR RESPIRATORS, AND POWERED AIR-PURIFYING SYSTEMS (PAPRS) RESPIRATORS; CARTRIDGES, FILTERS, AIR TANKS AND OTHER COMPONENT PARTS FOR RESPIRATORS AND BREATHING UNITS; DUST MASKS; FULL LINE OF PROTECTIVE EYEWEAR, NAMELY, SAFETY GOGGLES, EYEGLASSES AND EYE SHIELDS; FACE-PROTECTION SHIELDS; EAR PLUGS AND EAR MUFFS TO ATTENUATE SOUND AND PROTECT HEARING; HARD HATS AND OTHER PROTECTIVE HELMETS; WELDING HELMETS; AIR MONITORING DEVICES AND SENSORS FOR MEASURING GASES AND VAPOR CONCENTRATION LEVELS; GAS DETECTORS FOR DETECTING THE PRESENCE OF CARBON MONOXIDE AND OTHER GASES; THERMAL-IMAGING CAMERAS FOR USE BY FIREFIGHTERS AND FOR SEARCH AND RESCUE; ENVIRONMENTAL SAMPLING AND TESTING INSTRUMENTS AND EQUIPMENT, NAMELY, ELECTRONIC LUMINOMETERS, AND RELATED SOFTWARE, DOCKING STATIONS AND BATTERIES, FOR DETECTING, MEASURING AND ANALYZING CHEMICALS, BIOLOGICAL SUBSTANCES, FOOD RESIDUES AND MICROBES; MICROBIOLOGICAL AND CONTAMINANT-TESTING INSTRUMENTS AND EQUIPMENT, AND SOFTWARE RELATED THERETO, FOR DETECTING, MEASURING AND ANALYZING BACTERIA, INCLUDING PATHOGENS SUCH SALMONELLA AND LISTERIA, ALLERGENS, TOXINS, VITAMINS,

ANTIBIOTICS, AND OTHER ORGANISMS AND SUBSTANCES; DIAGNOSTIC APPARATUS FOR TESTING FOOD; LABORATORY EQUIPMENT AND SUPPLIES, NAMELY, TEST TUBES, TEST TUBE CAPS, DIP STICKS, RACKS, MICROTITRE PLATES AND TRAYS; SECURITY SCANNERS AND READERS FOR USE IN READING PASSPORTS AND OTHER FORMS OF IDENTIFICATION; ANTI-THEFT AND LIBRARY MATERIAL CHECK-OUT SECURITY SYSTEMS; RADIO FREQUENCY IDENTIFICATION (RFID) TAGS AND READERS; COMPUTER SOFTWARE FOR SUPPLY CHAIN MANAGEMENT FROM SOURCE TO CONSUMPTION, NAMELY, FOR COLLECTING, STORING AND MANAGING DATA, AND REPORTING, EXECUTING AND TRACKING, IN CONNECTION WITH ENTERPRISE RESOURCE PLANNING, SUPPLIER ENABLEMENT, MANUFACTURING, INVENTORY CONTROL AND WAREHOUSING, ORDER FULFILLMENT, SHIPPING, TRANSPORTATION AND DELIVERY; COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT AND MEDICAL RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND MEDICAL IMAGING SCANNERS AND RELATED SOFTWARE FOR CAPTURING IMAGES OF THE MOUTH AND TEETH FOR USE IN DENTISTRY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: FULL LINE OF SURGICAL AND MEDICAL MASKS, RESPIRATORS AND FACE AND EYE SHIELDS FOR MEDICAL AND HEALTH-CARE RELATED PERSONNEL; FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS

AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS; AUTOCLAVES FOR MEDICAL USE;

ORTHODONTIC APPLIANCES; DENTAL APPARATUS, NAMELY, INTRA-ORAL LIGHT SYSTEMS FOR CURING DENTAL MATERIALS, CERAMIC USED IN MAKING DENTAL CROWNS, BRIDGES AND OTHER RESTORATIVES; DENTAL INSTRUMENTS AND KITS COMPRISED OF SUCH INSTRUMENTS, NAMELY, MANDRELS, BURS, DISCS, CUPS, WHEELS, POINTS, BRUSHES AND ABRASIVE STRIPS USED TO GRIND, POLISH OR FINISH DENTAL RESTORATIVES; DENTAL INSTRUMENTS, NAMELY, SCISSORS, CRIMPING PLIERS, CONTOURING PLIERS AND IMPRESSION TRAYS; ELECTRONIC MIXERS FOR DENTAL COMPOUNDS; APPLICATORS AND DISPENSERS FOR DENTAL PRIMERS, CEMENTS, ADHESIVES, IMPRESSION MATERIALS AND RESTORATIVE MATERIALS; GLASS-FIBER POSTS USED IN DENTAL RESTORATIVE PROCEDURES; AND DENTAL PROPHYLAXIS ANGLES AND DENTAL PROPHYLAXIS CUPS FOR USE IN CLEANING TEETH AND DENTAL HYGIENE PROCEDURES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,237,168, 2,793,534 AND OTHERS.

SER. NO. 77-257,496, FILED 8-16-2007.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT
# 5

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, April 2, 2014 11:00 PM |
| **To:** | trademarks@mmm.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3398329: 3M: Docket/Reference No. 34775 |

**Serial Number:** 77257496
**Registration Number:** 3398329
**Registration Date:** Mar 18, 2008
**Mark:** 3M
**Owner:** 3M Company

Apr 2, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009, 010

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77257496. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# EXHIBIT
# 6

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,692,036
Registered Mar. 4, 2003

# TRADEMARK
## PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICATOR STRIPS AND TAPE FOR USE WITH AUTOCLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; INDICATOR STRIPS FOR TESTING GLUTARALDEHYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDITIONS FOR USE IN SAFETY-MONITORING; INDICATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZATION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CONTAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZATION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND

SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRODUCTS, NAMELY, CLEANSERS, CREAMS, LOTIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRESSINGS, MEDICATED COMPRESSES, TRANSPARENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGICAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMICROBIAL SOLUTIONS; GAUZE; WOUND HEALING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SURGICAL DISINFECTANTS AND PREPPING SOLUTIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINES OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PA-

TIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,213,836, AND 1,234,260.

SER. NO. 76-137,885, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT

# 7

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2692036 |
| **REGISTRATION DATE** | 03/04/2003 |
| **SERIAL NUMBER** | 76137885 |
| **MARK SECTION** | |
| MARK | 3M (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | 3M COMPANY |
| STREET | 2501 HUDSON ROAD 3M CENTER |
| CITY | ST. PAUL |
| STATE | Minnesota |
| ZIP/POSTAL CODE | 55144 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | 3M COMPANY |
| STREET | 3M Center, 2501 Hudson Road |
| CITY | ST. PAUL |
| STATE | Minnesota |
| ZIP/POSTAL CODE | 55144 |
| COUNTRY | US |
| PHONE | 651 736 6989 |
| FAX | 651 736 3783 |
| EMAIL | XXXX |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **ATTORNEY SECTION (current)** | |
| NAME | James F. Voegeli |
| FIRM NAME | OFFICE OF INTELLECTUAL PROPERTY COUNSEL |
| STREET | 3M INNOVATIVE PROPERTIES CO., 3M CENTER |
| CITY | PO |
| STATE | BOX |
| POSTAL CODE | 33427 |
| COUNTRY | United States |

| PHONE | 612.336.4663 |
|---|---|
| FAX | 612.332.9081 |
| EMAIL | vdenbeste@merchant-gould.com |
| ATTORNEY DOCKET NUMBER | 7780.449-US- |

## ATTORNEY SECTION (proposed)

| NAME | James F. Voegeli |
|---|---|
| FIRM NAME | 3M Innovative Properties Company |
| INTERNAL ADDRESS | 220 9E 01 |
| STREET | 3M Center, 2501 Hudson Road |
| CITY | St. Paul |
| STATE | Minnesota |
| POSTAL CODE | 55144 |
| COUNTRY | United States |
| PHONE | 651 736 6989 |
| FAX | 651 736 3783 |
| EMAIL | trademarks@mmm.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | 30494 |
| OTHER APPOINTED ATTORNEY | Michelle M. Michel, Michael L. Gannon and Sarah A. Lockner |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 001 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT6\IMAGEOUT6 \761\378\76137885\xml1\81_50002.JPG |
| SPECIMEN DESCRIPTION | a digital image of one of the products |
| INTERNATIONAL CLASS | 003 |
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT6\IMAGEOUT6 \761\378\76137885\xml1\81_50003.JPG |
| SPECIMEN DESCRIPTION | a digital image of one of the products |
| INTERNATIONAL CLASS | 005 |
| | |
| GOODS OR SERVICES TO BE DELETED | Colostomy dressings |
| GOODS OR SERVICES IN USE IN COMMERCE | Full line of bandages, dressings and medical tapes, namely, adhesive bandages, bandages for skin wounds, surgical bandages, wound dressings, non-stick pads for use as medical dressings, medicated compresses, transparent medical dressings, hydrocolloid dressings, ulcer dressings, medical adhesive tapes, surgical tapes, and wound and skin closure adhesive strips with or without antimicrobial solutions; gauze; wound healing fillers with or without gauze; medicated skin care preparations; surgical disinfectants and prepping solutions; medicated antiseptic hand washes; and culture media, bacteriological media and diagnostic preparations for clinical or medical laboratory use |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT6\IMAGEOUT6 \761\378\76137885\xml1\81_50004.JPG |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | a digital image of one of the products |
| **INTERNATIONAL CLASS** | 009 |
| | |
| **GOODS OR SERVICES TO BE DELETED** | Computer software for use in the medical and health care fields for processing claims for reimbursement, maintaining patient records, coding and grouping data used for medical and health care research, and for reporting health trends and other medical data |
| **GOODS OR SERVICES IN USE IN COMMERCE** | A full line of respiratory face masks for filtering out germs, dust and pollen. |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT6\IMAGEOUT6 \761\378\76137885\xml1\81 50005.JPG |
| **SPECIMEN DESCRIPTION** | a digital image of one of the products |
| **INTERNATIONAL CLASS** | 010 |
| | |
| **GOODS OR SERVICES TO BE DELETED** | Non-adherent sheeting for beds, stretchers and exam tables, eye patches for medical use, isolation pouches and bags for storing organs, tissue and other body parts for transplants and laboratory testing |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Full line of orthopedic castings tapes, splints, reinforcing strips, elastic bandages, and support bandages and compression wraps; composite fabrics containing fiberglass and resins for use in making casts; padding for orthopedic casts; orthopedic casting tools; full line of stethoscopes; full line of surgical masks, face shields, and respiratory masks for medical purposes; full lines of surgical and medical procedure drapes and sheets; patient isolation drapes; medical-equipment isolation drapes; surgical gowns; compression bandages; surgical compresses; medical thermometers; full line of medical electrodes with or without chemical conductors and wet gels for use in cardiac, electrocardiograph, electroencephalograph and other types of patient monitoring; leads and connectors for use with medical electrodes; defibrillation pads; electrosurgical pads, plates and adapters to remove RF current from a patient's body during electrosurgery; thermal cold and hot packs for first aid and therapeutic purposes; padding for use between medical equipment and patients or for elevating or positioning limbs; pouches for holding surgical and medical instruments; and full line of sterilized and non-sterilized fastening and compression surgical wraps. |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT6\IMAGEOUT6 \761\378\76137885\xml1\81 50006.JPG |
| **SPECIMEN DESCRIPTION** | a digital image of one of the products |
| **INTERNATIONAL CLASS** | 028 |
| **GOODS OR SERVICES** | DELETE ENTIRE CLASS |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 6 |
| **NUMBER OF CLASSES PAID** | 5 |
| **SUBTOTAL AMOUNT** | 1500 |
| **TOTAL FEE PAID** | 1500 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /James F. Voegeli/ |
| **SIGNATORY'S NAME** | James F. Voegeli |
| **SIGNATORY'S POSITION** | Assistant Chief Intellectual Property Counsel |
| **DATE SIGNED** | 02/27/2009 |
| **PAYMENT METHOD** | DA |

| FILING INFORMATION | |
|---|---|
| **SUBMIT DATE** | Fri Feb 27 17:32:56 EST 2009 |
| **TEAS STAMP** | USPTO/S08N15-XXX.XXX.X.XX -20090227173256109059-269 2036-440c43528fa349b5dd51 b67bd9de4596b8e-DA-3624-2 0090227165702394293 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

**Combined Declaration of Use and Incontestability under Sections 8 & 15**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2692036
**REGISTRATION DATE:** 03/04/2003

**MARK:** 3M (stylized and/or with design)

The owner, 3M COMPANY, having an address of
   3M Center, 2501 Hudson Road
   ST. PAUL, Minnesota 55144
   US
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 001, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital image of one of the products.
Specimen File1

For International Class 003, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital image of one of the products.
Specimen File1

For International Class 005, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration.  Colostomy dressings

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class: Full line of bandages, dressings and medical tapes, namely, adhesive bandages, bandages for skin wounds, surgical bandages, wound dressings, non-stick pads for use as medical dressings, medicated compresses, transparent medical dressings, hydrocolloid dressings, ulcer dressings, medical adhesive tapes, surgical tapes, and wound and skin closure adhesive strips with or without antimicrobial solutions; gauze; wound healing fillers with or without gauze; medicated skin care preparations; surgical disinfectants and prepping solutions; medicated antiseptic hand washes; and culture media, bacteriological media and diagnostic preparations for clinical or medical laboratory use

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital image of one of the products.
Specimen File1

For International Class 009, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration.  Computer software for use in the medical and health care fields for processing claims for reimbursement, maintaining patient records, coding and grouping data used for medical and health care research, and for reporting health trends and other medical data

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class:

A full line of respiratory face masks for filtering out germs, dust and pollen.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) a digital image of one of the products.
Specimen File1

For International Class 010, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration.  Non-adherent sheeting for beds, stretchers and exam tables, eye patches for medical use, isolation pouches and bags for storing organs, tissue and other body parts for transplants and laboratory testing

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class: Full line of orthopedic castings tapes, splints, reinforcing strips, elastic bandages, and support bandages and compression wraps; composite fabrics containing fiberglass and resins for use in making casts; padding for orthopedic casts; orthopedic casting tools; full line of stethoscopes; full line of surgical masks, face shields, and respiratory masks for medical purposes; full lines of surgical and medical procedure drapes and sheets; patient isolation drapes; medical-equipment isolation drapes; surgical gowns; compression bandages; surgical compresses; medical thermometers; full line of medical electrodes with or without chemical conductors and wet gels for use in cardiac, electrocardiograph, electroencephalograph and other types of patient monitoring; leads and connectors for use with medical electrodes; defibrillation pads; electrosurgical pads, plates and adapters to remove RF current from a patient's body during electrosurgery; thermal cold and hot packs for first aid and therapeutic purposes; padding for use between medical equipment and patients or for elevating or positioning limbs; pouches for holding surgical and medical instruments; and full line of sterilized and non-sterilized fastening and compression surgical wraps.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) a digital image of one of the products.
Specimen File1

For International Class 028, this filing does **not** cover this specific class. This entire class is to be permanently **deleted** from the registration.

The registrant hereby appoints James F. Voegeli and Michelle M. Michel, Michael L. Gannon and Sarah A. Lockner of  3M Innovative Properties Company
   220 9E 01
   3M Center, 2501 Hudson Road
   St. Paul, Minnesota 55144
   United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the registrant.  The attorney docket/reference number is 30494.

A fee payment in the amount of $1500 will be submitted with the form, representing payment for 5 class(es), plus any additional grace period fee, if necessary.

**Declaration**

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /James F. Voegeli/    Date: 02/27/2009
Signatory's Name: James F. Voegeli
Signatory's Position: Assistant Chief Intellectual Property Counsel

Mailing Address **(current):**
  OFFICE OF INTELLECTUAL PROPERTY COUNSEL
  3M INNOVATIVE PROPERTIES CO., 3M CENTER

PO, BOX 33427

Mailing Address (**proposed**):
  3M Innovative Properties Company
  3M Center, 2501 Hudson Road
  St. Paul, Minnesota 55144

Serial Number: 76137885
Internet Transmission Date: Fri Feb 27 17:32:56 EST 2009
TEAS Stamp: USPTO/S08N15-XXX.XXX.X.XX-20090227173256
109059-2692036-440c43528fa349b5dd51b67bd
9de4596b8e-DA-3624-20090227165702394293











**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**   2692036



**Serial Number:**   76137885



**RAM Sale Number:  3624**

**RAM Accounting Date:  20090302**

**Total Fees:**   $1500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20090227 | $100 | 6 | 5 | $500 |
| §15 affidavit | 7208 | 20090227 | $200 | 6 | 5 | $1000 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20090227



Side - 1



**NOTICE OF ACKNOWLEDGEMENT
OF §15 DECLARATION
MAILING DATE: Mar 27, 2009**

The affidavit of incontestability filed in connection with the registration identified below meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. The affidavit is acknowledged.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov/.

**REG NUMBER:**      2692036
**MARK:**            3M AND DESIGN
**OWNER:**           3M COMPANY

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

James F. Voegeli
3M Innovative Properties Company
3M Center, 2501 Hudson Road
220 9E 01
St. Paul, MN   55144

# EXHIBIT
# 8

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

Reg. No. 2,793,534

## United States Patent and Trademark Office

Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICATOR STRIPS AND TAPE FOR USE WITH AUTOCLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; INDICATOR STRIPS FOR TESTING GLUTARALDEHYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDITIONS FOR USE IN SAFETY-MONITORING; INDICATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZATION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CONTAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZATION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRODUCTS, NAMELY, CLEANSERS, CREAMS, LOTIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRESSINGS, MEDICATED COMPRESSES, TRANSPARENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGICAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMICROBIAL SOLUTIONS; GAUZE; WOUND HEALING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SURGICAL DISINFECTANTS AND PREPPING SOLUTIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTRO-ENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,234,260 AND OTHERS.

THE MATTER SHOWN IN BROKEN LINES INDICATES THE RELATIVE PLACEMENT OF THE MARK ON A TYPICAL PACKAGE FOR THE GOODS AND IS NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 76-138,263, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT
# 9

Side - 1



**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION**
**MAILING DATE: Dec 21, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**        2793534
**MARK:**              3M AND DESIGN
**OWNER:**             3M COMPANY

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

James F. Voegeli
3M Innovative Properties Company
3M Center, 2501 Hudson Road
220 9E 01
St. Paul, MN   55144