# EXHIBIT
# 1

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY

L. JAMES BERGLUND II
DIRECT DIAL: 2149691385
EMAIL: James.Berglund@tklaw.com

May 22, 2020

3m Corp. Server, LLC
Attention: James Roberts, CEO
3m Center
St. Paul, Minnesota 55144-1000

Re: Austin Smith Letter Dated May 3, 2020

Dear Sirs:

You were sent a letter dated May 3, 2020 signed by Austin Smith (see copy attached). Mr. Smith was not authorized to send that letter or to act on behalf of the Firm with respect to the matters therein. It is our understanding that your company has not yet entered into any agreements or transactions with Nexus Medical, LLC or otherwise connected to the letter. If you do elect to enter into any business transactions with Nexus Medial, LLC, please be advised that Thompson & Knight LLP will not be involved in the transaction.

Sincerely,

L. James Berglund II

LJB/prp
Attachment
060033 000007 23530316.1

**THOMPSON & KNIGHT LLP**

ATTORNEYS AND COUNSELORS

AUSTIN SMITH

DIRECT DIAL: 214.969.2533
EMAIL: austin.smith@tklaw.com

ONE ARTS PLAZA
1722 ROUTH STREET, SUITE 1500
DALLAS, TX 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY

May 3, 2020

3m Corp. Server, LLC
Attention: James Roberts, CEO
3m Center
St. Paul, Mn. 55144-1000

Re: Proof of funds for 3m 1860 and 8210 from Nexus Medical, LLC

Gentlemen:

This correspondence shall confirm that I have verified that Nexus Medical, LLC ("Nexus Medical"), has in excess Five Billion Dollars ($5,000,000,000.00) in its escrow account pledged for a Purchase Order with your company. As counsel for Nexus Medical, I oversee Marc Hesse and Chicago Title's administration of the Nexus Medical Escrow Account at Plains Capital Bank. Should you be able to meet the obligations of providing verified 3m 1860 and 8210 masks with current 3m certifications, SGS reports, lot numbers, and expiration dates, Nexus Medical is ready willing and able to close this transaction. I also can verify Nexus Medical has been asked by State Governments, Hospital Groups and First Responder organizations to source masks for their PPE needs. One such example is the State of California.

Please do not hesitate to contact me if you have any questions.

THOMPSON & KNIGHT LLP

By: Austin Smith
Austin P. Smith

THOMPSON & KNIGHT LLP
ONE ARTS PLAZA
1722 ROUTH STREET • STE 1500
DALLAS, TX 75201-2533

CERTIFIED MAIL™

7013 1710 0002 3361 8881




220-9E-02

3M Corp.
3m Center
St. Paul, Mn. 55144-1000

RECEIVED

MAY 26 2020

55144-1000

# EXHIBIT

# 2

THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

L. JAMES BERGLUND II
DIRECT DIAL: 2149691385
EMAIL: James.Berglund@tklaw.com

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY

May 22, 2020

3m FEMA
3m Center
St. Paul, Minnesota 55144

Re: Austin Smith Letter Dated May 7, 2020

Dear Sirs:

You were sent a letter dated May 7, 2020 signed by Austin Smith (see copy attached). Mr. Smith was not authorized to send that letter or to act on behalf of the Firm with respect to the matters therein. It is our understanding that your company has not yet entered into any agreements or transactions with Nexus Medical, LLC or otherwise connected to the letter. If you do elect to enter into any business transactions with Nexus Medial, LLC, please be advised that Thompson & Knight LLP will not be involved in the transaction.

Sincerely,

L. James Berglund II

LJB/prp
Attachment
060033 000007 23530371.1

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

AUSTIN SMITH

DIRECT DIAL: 214.969.2533
EMAIL: austin.smith@tklaw.com

ONE ARTS PLAZA
1722 ROUTH STREET, SUITE 1500
DALLAS, TX 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY

May 7, 2020

3m FEMA
3m Center
St. Paul, Mn. 55144

Re: Proof of funds for 3m 1860 and 8210 from Nexus Medical, LLC

Gentlemen:

This correspondence shall confirm that I have verified that Nexus Medical, LLC ("Nexus Medical"), has in excess Seven Hundred Million Dollars ($700,000,000.00) in its escrow account pledged for a Purchase Order with your company. As counsel for Nexus Medical, I oversee Marc Hesse and Chicago Title's administration of the Nexus Medical Escrow Account at Plains Capital Bank. Should you be able to meet the obligations of providing verified 3m 1860 and 8210 masks with current 3m certifications, SGS reports, lot numbers, and expiration dates, Nexus Medical is ready willing and able to close this transaction. I also can verify Nexus Medical has been asked by State Governments, Hospital Groups and First Responder organizations to source masks for their PPE needs. One such example is the State of California.

Please do not hesitate to contact me if you have any questions.

THOMPSON & KNIGHT LLP

By: [signature]
Austin P. Smith

THOMPSON & KNIGHT LLP
ONE ARTS PLAZA
1722 ROUTH STREET • STE 1500
DALLAS, TX 75201-2533

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7019 1120 0000 5920 5033

NORTH TEXAS TX P&DC
DALLAS TX 750
22 MAY 2020PM 8 L




3m FEMA
3m Center
St. Paul, Mn. 55144

220-9E-02

RECEIVED
MAY 26 2020

MAY 26 2020

55144-

# EXHIBIT

# 3

THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

L. JAMES BERGLUND II
DIRECT DIAL: 2149691385
EMAIL: James.Berglund@tklaw.com

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY

May 22, 2020

3m Corp.
3m Center
St. Paul, Minnesota 55144-1000

Re: Austin Smith Letter Dated May 11, 2020

Dear Sirs:

You were sent a letter dated May 11, 2020 signed by Austin Smith (see copy attached). Mr. Smith was not authorized to send that letter or to act on behalf of the Firm with respect to the matters therein. It is our understanding that your company has not yet entered into any agreements or transactions with Nexus Medical, LLC or otherwise connected to the letter. If you do elect to enter into any business transactions with Nexus Medial, LLC, please be advised that Thompson & Knight LLP will not be involved in the transaction.

Sincerely,

L. James Berglund II

LJB/prp
Attachment
060033 000007 23530373.1

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

AUSTIN SMITH

DIRECT DIAL: 214.969.2533
EMAIL: austin.smith@tklaw.com

ONE ARTS PLAZA
1722 ROUTH STREET, SUITE 1500
DALLAS, TX 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY

May 11, 2020

3M Corp.
3m Center
St. Paul, Mn. 55144-1000

Re: Proof of funds for 3m 1860 from Nexus Medical, LLC

Gentlemen:

This correspondence shall confirm that I have verified that Nexus Medical, LLC ("Nexus Medical"), has in excess One Billion Ninety Million Dollars ($1,090,000,000.00) in its escrow account pledged for a Purchase Order with your company for five hundred million 3M 1860 masks. As counsel for Nexus Medical, I oversee Marc Hesse and Chicago Title's administration of the Nexus Medical Escrow Account at Plains Capital Bank. Should you be able to meet the obligations of providing verified 3M 1860 masks with current 3M certifications, SGS reports, lot numbers, and expiration dates, Nexus Medical is ready willing and able to close this transaction. I also can verify Nexus has been asked by State Governments, Hospital Groups and First Responder organizations to source masks for their PPE needs. One such example is the State of California.

Please do not hesitate to contact me if you have any questions.

THOMPSON & KNIGHT LLP

By: *[signature]*
Austin P. Smith

THOMPSON & KNIGHT LLP
ONE ARTS PLAZA
1722 ROUTH STREET • STE 1500
DALLAS, TX 75201-2533

N TEXAS
DALLAS 750

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1120 0000 5920 5071

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 006.90⁰
0000901435 MAY 22 2020
MAILED FROM ZIP CODE 75201

3m Corp. Server, LLC
Attention: James Roberts, CEO
3m Center
St. Paul, Mn. 55144-1000

220-9E-02

REC
MAY 26

55144-1000

# EXHIBIT 4

# VINASIA CHE TAO LLC

30 N Gould St Ste 9364 Sheridan, WY 82801

May 6, 2020

Nexus-VinAsia Che Tao
(3M Authorized Sub Distributor)
30 N Gould St Ste 9364
Sheridan, WY 82801

Instadose Pharma Ltd
Attn: Andres Victoria

Dear Mr. Victoria, we would like to inform you that we have secured the production of your 50 Million N95 1860 protection mask purchase order for your customer SHLOMOT MEDICAL SERVICES LTD until May 7, 2020. We cannot hold this slot past that date due to the high demand of PPE products in the marketplace.

It is our policy for our ultimate customers to open an Escrow Account with our Nationally recognized Law Firm Thompson & Knight LLP and Hesse and Hesse. They serve as protection for all parties involved. Your customer's funds will be deposited with them as a 3rd Legal Party in charge of payment when we meet the requirements set out by your customer. The requirements are standard PPE practice.

The process is simple:

1. 3M manufacturers masks
2. 3M then has an SGS report done to inspect quality and reliability.
3. 3M will ship the product to the customer CIF.
4. 3M notifies the attorneys, customer, and Sellers with an SGS report and shipping report.
5. The attorneys then release payment ONLY for the product being shipped and passed inspection.
6. The process repeats again every 7 days until the purchase order is complete.

Also, we want to confirm with you an additional secured 50 million masks production-line with 3M in California at the price of $2.50 per mask, CIF NY. Please let me know as soon as possible if you are interested in this additional production-line order.

We hope this letter helps everyone understand the process and authenticity of this business transaction.

Best regards,

Mario Gasca
President- VinAsia
Date: May 6, 2020

# EXHIBIT

# 5

**THE TEMPLE LAW FIRM, PLLC**




9650 S.W. 122 Avenue
Telephone: 305-505-4732 Miami, Fl. 33186 CTemple@TheTemplelawFirm.com

May 5, 2020

**Ref:** P.O.'s Submitted to Phoenix Endoscopy Products, LLC

To Whom It May Concern,

Please allow this letter to confirm the below referenced purchase orders are to the best of our understanding, placed on behalf of the University of Arkansas Medical Sciences, California, Hospitals, ambulatory centers/first responders and other qualified entities as identified below:

A. Boss Consulting on behalf of the University of Arkansas for Medical Sciences under P.O. 1048 dated April 21, 2020 for 3,040,000 3M 1860 model respirators (a copy of their letter of authority dated April 21, 2020 is attached for your convenience) ; and

B. Nexus Medical, LLC on behalf of the State of California under P.O. 2004241 for 100,000,000 3M 1860 model respirators. (A copy of the letter of authority from California Division of General Services dated April 22, 2020 is attached for your reference); and

C. The Safe Harbor Foundation on behalf of various hospitals under P.O.'s 2020-01 through 2020-010 totaling 97,977,200 3M 1860 respirators. (a copy of their letter of authority dated April 25, 2020, indicating they are purchasing on behalf of Hospitals, Ambulatory Infusion centers and other qualified entities is attached for your convenience).

If you have any questions or concerns, please do not hesitate to contact me.

Kindest Regards,

Craig Temple

Craig H. Temple, Esq.
Fla. Bar No. 0684880
For the Firm

# EXHIBIT

# 6



- Close Window
- Print This Page
- Expand All | Collapse All



**Case: 14988586**

**Case Information**

| | | |
|---|---|---|
| Case Number | 14988586 [View Hierarchy] | Stat |
| Created By | SFDC IntegrationID, 5/4/2020 2:26 PM | Case Orig |
| Case Owner | Brock Offerdahl | Reporting BG-Divisi |
| Case Owner Role | US-HCBG-OCSD-Dental US MSO Inside Sales Reps | Web Em |
| High Importance | | Flag Ca |
| | | Flagg |
| Subject | FW: 3M Products | Case Reas |
| Account Type | Government | Case Sub-Reas |
| Description | More than one below/attached | |

[cid:image002.gif@01D6221F.F84ACAB0]

Bill Childs | Senior Counsel
3M Litigation
Pronouns: He/him/his
3M Center, Mail Drop 220-9E-02 | St. Paul, MN 55144-1000 | United States
Office: | Mobile:

[cid:image004.png@01D6221F.F84ACAB0]<https://twitter.com/3m>[cid:image005.png@01D6221F.F84ACAB0]<https://www.linkedin.com/company/3m>[cid:image006.png@01D6221F.F84AC
[cid:image008.gif@01D6221F.F84ACAB0]<https://www.youtube.com/3m>[cid:image009.png@01D6221F.F84ACAB0]<http://www.3m.com/>

From: Douglas Stang
Sent: Monday, May 4, 2020 2:16 PM
To: Haley Schaffer ; William Childs
Subject: FW: 3M Products
Importance: High

FYI

From: Shell, Angela@DGS
Sent: Saturday, May 2, 2020 6:20 PM
To: Douglas Stang
Subject: [EXTERNAL] FW: 3M Products
Importance: High

Hi Doug - Just wanted to flag a potential fraudulent offer we received in California. Please let me know if you need additional information. Thanks.

Angela Shell
Deputy Director
Procurement Division
Department of General Services
707 3rd Street
West Sacramento, CA 95605
Phone
Cell
Email - >
[cid:image002.jpg@01D4DE61.DE25CC00]

From: Kishor, Kush@DGS
Sent: Thursday, April 30, 2020 9:24 AM
To: Shell, Angela@DGS
Subject: 3M Products
Importance: High

Hi Angela,

Attached is an email that is from Jasmine Shih, who is a broker and Joel Nelson, who is with IMS Consulting. They are stating that they can get the State of California in touch with Atlantis Med
and that includes shipping. I stopped communication with them because I asked for the authorized distributor's name and they originally stated "LaSalle," but later changed it to Atlantis Medical
all," but would start a new email, so there isn't a complete chain of emails, but many individual emails.

I also attached an email from Nexus Medical. I was originally going to purchase up to 140 million San Huei brand N95 masks at $3.80 each, but then Nexus Medical mentioned an opportunity fo
phone calls. Nexus Medical never provided me the name of the authorized distributor. They stated they have up to 1 billion units. They said they can get us a shipment of 50 million masks by ea

Later today I have a call with Allied 100, along with Brittany Doolittle, who is with KL Gates. They are requiring a Non-Circumvention, Non-Disclosure & Working Agreement, which would have t
Gates).

All three of the above parties have contacted me in the last week.

Thanks,

Kush Kishor
Contract Administrator
Master Agreements Unit 1
Procurement Division
Department of General Services
707 Third Street, 2nd Floor, MS 2-202
West Sacramento, CA 95605

Phone
Fax
Email

[DGS_PD_Logo]

Beware of Fraudulent Activity! - DGS has recently been made aware of fraudulent Purchase Orders and Spoof emails issued to the vendor community. Always confirm the validity of any Purcha hyperlinks from a suspicious email. A list of State agency contact information is provided on the DGS website located at http://www.dgs.ca.gov/pd/Programs/Delegated.aspx. Be vigilant by conf https://cold.govops.ca.gov/<https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fcold.govops.ca.gov%2F&data=02%7C01%7CAngela.Shell%40dgs.ca.gov%7C1605b795eea54f9a6b7908d7ed22d7ac%7Cea45f7b107d749a8b8f537136ec9382d%7C0
. Vigilance is everyone's responsibility. For more information please visit http://www.dgs.ca.gov/pd/Home/FRAUDALERT.aspx

| | | | |
|---|---|---|---|
| Contact Name | William Childs | Account Na | |
| Lead | | Case Lead Sour | |

### Person Reporting the Concern

| | | | |
|---|---|---|---|
| Web Name | Angela Shell | Government Agency Name | Department of General Services California |
| Web Company | | Web Phone | |
| Reporter Country | | | |

### Who Is the Alleged Solicitor/Seller?

| | | | |
|---|---|---|---|
| First Name | Jasmine | Email | |
| Last Name | Shih | Phone | |
| Company Name | IMS Consulting | Website | https://ims.consulting/ |
| Country | USA | State/Province | California |

### Alleged Fraud Product Details

| | | | |
|---|---|---|---|
| Product 1 | Respirators | Product 1 SKU | 1860 |
| Product 1 Price | 2.75 | Product 1 Quantity | |
| Product 2 | | Product 2 SKU | |
| Product 2 Price | | Product 2 Quantity | |
| Product 3 | | Product 3 SKU | |
| Product 3 Price | | Product 3 Quantity | |

### Alleged Fraud Interaction Details

**Alleged Fraud Category** 3M Brand Fraud

**How did the interaction take place?** Email

**Interaction Email or URL**

**Alleged Product Fraud Details**

Did the seller represent themselves as an authorized 3M distributor?
Why do you think this offer is fraudulent? (May be better to ask what concerns you about this offer?)
Were you asked to make payment in advance?
Have you made any payments?
Have you physically verified the product exists, including model and quantity?
Did the seller say where the products were sourced? If yes, where?
Were you told to inspect products or take delivery at a 3M office or manufacturing location? If yes, which one?
Have you reported this to any law enforcement agency? If yes, which one(s)?

Fill out the questions below if report is related to robocalls
The call recipient's name
The call recipient's phone number that received the call
The phone number (and name, if applicable) that appeared on the recipient's called ID
The date and time the call was received
Any call-back numbers left in a voicemail message as part of the fraud, or provided over the phone
A description of any voicemails or conversations
1. Who was the person on the phone claiming to be?
2. What were those on the phone offering to sell or provide?
3. What was the person on the phone asking for in return (money - and form of payment, personal information such as SSN or Medicare number, etc.)?
Do you have a recording of any voicemail left as part of the fraud?
The name of the call recipient's carrier (ATT, Verizon, etc.)

### Covid Escalation

| | | | |
|---|---|---|---|
| Escalation Tier | Tier 3 | Legal Action Taken | |
| Legal Case Category | Price gouging | Legal Reference Number | 685 |
| Covid Owning Team | Litigation | Tier 3 Litigation Status | |

### PAS - OCSD Details

| | |
|---|---|
| VOC | ☐ |

### Case Routing and Reporting Information

| | | | |
|---|---|---|---|
| Date/Time Opened | 5/4/2020 2:26 PM | Parent Case | 14722773 |
| Date/Time Closed | | Auto Close Parent Case | ☐ |
| Days Open | 26 | Priority | Low |
| New Status Count | 1 | Reporting | Include |
| Pending Status Count | 0 | In Process Status Count | 1 |
| First Call Resolution | Case Not Yet Resolved | Resolved Status Count | 0 |

### System Information

| | | | |
|---|---|---|---|
| Case Record Type | BSO Customer Service PAS Case | Last Modified By | Amy Parsons, 5/19/2020 11:18 AM |

**Credit Card Information**

Credit Adjustment Number

## Contact Information

| | | | |
|---|---|---|---|
| Name | William Childs | Account Name | 3M - US - OGC LITIGATION |
| Chronic Caller | ☐ | Account Name (Global) | |
| Suffix | | bCom User | ☐ |
| Preferred Name | William | Website Activity | View Details |
| Job Title | Senior Counsel, Litigation and Preventive Law | Job Role | |
| Reports To | | Obsolete | ☐ |
| Lead Source | | Obsolete reason | |
| Contact Level | | Gender | |
| Persona | | Contact Record Type | 3M Internal Contact |
| Department | 3M - US - OGC LITIGATION | | |
| Department Type | | | |
| Comments | | | |

**Address Information**

| | | | |
|---|---|---|---|
| Address | MAPLEWOOD United States | Email | [redacted] |
| | | Phone Number Guideline | Format as + [Country Code] [Area Code] [Local Number] i.e. [redacted] |
| | | Mobile | [redacted] |
| | | Work Phone | [redacted] |
| | | Phone Ext | |
| | | Fax | |

**Communication Preferences**

| | | | |
|---|---|---|---|
| Communication Language | English | Preferred Communication Method | |
| Email Opt In Type | Express | Phone Opt Out | ☐ |
| Undeliverable Email | ☐ | Email Opt Out | ☐ |
| | | Fax Opt Out | ☐ |
| | | Implied Email Opt In | ☐ |
| | | Express Email Opt In | ☐ |

**System Information**

| | | | |
|---|---|---|---|
| Created By | GPIM IntegrationID, 9/4/2019 12:41 AM | Last Modified By | GPIM IntegrationID, 6/8/2020 12:45 AM |
| Contact Owner | GPIM IntegrationID | | |

**Emails**

****Government Follow up 3M Case # 14988586 | [ ref:_00Do0KvQR._5002KmJZrB:ref ]**

Message Date **5/6/2020 8:40 AM**

Has Attachment ☐

Email Address [redacted]

Status **Sent**

Subject ****Government Follow up 3M Case # 14988586 | [ ref:_00Do0KvQR._5002KmJZrB:ref ]**

Text Body **Good Morning,**

**This case was submitted via the web by William Childs (3M Senior Counsel) on behalf of .a Deputy Director in the State of CA.**

**Thank you,**

**Mindy M**
**3M Covid-19 Fraud, Price Gouging and Counterfeit Product Response Team**
**500 Bielenberg Drive, Bldg. 583-05-01**
**Woodbury, MN 55125 | United States**
[redacted]
**www.3M.com**

**Case Reference: ref:_00Do0KvQR._5002KmJZrB:ref**

**--------------- Original Message ---------------**
**From: William Childs** [redacted]
**Sent: 5/4/2020 2:26 PM**
**To: covidfraud@mmm.com**

Case: 14988586 ~ Salesforce - Unlimited Edition

Subject: FW: 3M Products

More than one below/attached

[Image is no longer available]

Bill Childs | Senior Counsel

3M Litigation

Pronouns: He/him/his
3M Center, Mail Drop 220-9E-02 | St. Paul, MN 55144-1000 | United States
Office: [redacted] | Mobile: [redacted]

[Image is no longer available][Image is no longer available][Image is no longer available][Image is no longer available][Image is no longer available][Image is no longer available]

From: Douglas Stang [redacted]
Sent: Monday, May 4, 2020 2:16 PM
To: Haley Schaffer [redacted] William Childs [redacted]
Subject: FW: 3M Products
Importance: High

FYI

From: Shell, Angela@DGS [redacted]
Sent: Saturday, May 2, 2020 8:20 PM
To: Douglas Stang [redacted]
Subject: [EXTERNAL] FW: 3M Products
Importance: High

Hi Doug – Just wanted to flag a potential fraudulent offer we received in California. Please let me know if you need additional information. Thanks.

Angela Shell

Deputy Director

Procurement Division

Department of General Services

707 3rd Street

West Sacramento, CA 95605

Phone [redacted]

Cell [redacted]

Email – [redacted]

[Image is no longer available]

From: Kishor, Kush@DGS [redacted]
Sent: Thursday, April 30, 2020 9:24 AM
To: Shell, Angela@DGS [redacted]
Subject: 3M Products
Importance: High

Hi Angela,

Attached is an email that is from Jasmine Shih, who is a broker and Joel Nelson, who is with IMS Consulting. They are stating that they can get the State of California in touch with Atlantis Medical Consulting, LLC, who they claim is an authorized distributor of 3M. They would be selling us 1860 model masks at $2.75 each and that includes shipping. I stopped communication with them because I asked for the authorized distributor's name and they originally stated "LaSalle," but later changed it to Atlantis Medical Consulting, LLC. Since their story changed, I found them to not be legitimate. Whenever I emailed them, they wouldn't do a "reply all," but would start a new email, so there isn't a complete chain of emails, but many individual emails.

I also attached an email from Nexus Medical. I was originally going to purchase up to 140 million San Huei brand N95 masks at $3.80 each, but then Nexus Medical mentioned an opportunity for 3M N95 masks. Now that I've reviewed my inbox, they never put anything in writing. All of our communication was over several phone calls. Nexus Medical never provided me the name of the authorized distributor. They stated they have up to 1 billion units. They said they can get us a shipment of 50 million masks by early next week at $3.27 per mask. My last conversation with them was yesterday.

Later today I have a call with Allied 100, along with Brittany Doolittle, who is with KL Gates. They are requiring a Non-Circumvention, Non-Disclosure & Working Agreement, which would have to be signed by the State of California, Allied 100, the authorized distributor (which they have yet to provide), and the broker (KL Gates).

All three of the above parties have contacted me in the last week.

Thanks,

Kush Kishor

Contract Administrator

Master Agreements Unit 1

Procurement Division

Department of General Services

707 Third Street, 2nd Floor, MS 2-202

West Sacramento, CA 95605

Phone

Fax

Email

[Image is no longer available]

Beware of Fraudulent Activity! – DGS has recently been made aware of fraudulent Purchase Orders and Spoof emails issued to the vendor community. Always confirm the validity of any Purchase Order by contacting the agency making the request. Do not process any order that appears suspicious. Do not click on any hyperlinks from a suspicious email. A list of State agency contact information is provided on the DGS website located at http://www.dgs.ca.gov/pd/Programs/Delegated.aspx. Be vigilant by confirming valid State of California emails and phone numbers at https://cold.govops.ca.gov/ . Vigilance is everyone's responsibility. For more information please visit http://www.dgs.ca.gov/pd/Home/FRAUDALERT.aspx

**FW: 3M Products**

| | |
|---|---|
| Message Date | 5/4/2020 2:26 PM |
| Has Attachment | |
| Email Address | |
| Status | Replied |
| Subject | FW: 3M Products |
| Text Body | More than one below/attached |

[cid:image002.gif@01D6221F.F84ACAB0]

Bill Childs | Senior Counsel
3M Litigation
Pronouns: He/him/his
3M Center, Mail Drop 220-9E-02 | St. Paul, MN 55144-1000 | United States
Office: | Mobile:

[cid:image004.png@01D6221F.F84ACAB0]<https://twitter.com/3m>[cid:image005.png@01D6221F.F84ACAB0]<https://www.linkedin.com/company/3m>[cid:image006.png@01D6
[cid:image008.gif@01D6221F.F84ACAB0]<https://www.youtube.com/3m>[cid:image009.png@01D6221F.F84ACAB0]<http://www.3m.com/>

From: Douglas Stang
Sent: Monday, May 4, 2020 2:16 PM
To: Haley Schaffer William Childs
Subject: FW: 3M Products
Importance: High

FYI

From: Shell, Angela@DGS
Sent: Saturday, May 2, 2020 8:20 PM
To: Douglas Stang
Subject: [EXTERNAL] FW: 3M Products
Importance: High

Hi Doug - Just wanted to flag a potential fraudulent offer we received in California. Please let me know if you need additional information. Thanks.

Angela Shell
Deputy Director
Procurement Division
Department of General Services
707 3rd Street
West Sacramento, CA 95605
Phone
Cell
Email -
[cid:image002.jpg@01D4DE61.DE25CC00]

From: Kishor, Kush@DGS <
Sent: Thursday, April 30, 2020 9:24 AM
To: Shell, Angela@DGS
Subject: 3M Products
Importance: High

Hi Angela,

Attached is an email that is from Jasmine Shih, who is a broker and Joel Nelson, who is with IMS Consulting. They are stating that they can get the State of California in touch w
$2.75 each and that includes shipping. I stopped communication with them because I asked for the authorized distributor's name and they originally stated "LaSalle," but later c
they wouldn't do a "reply all," but would start a new email, so there isn't a complete chain of emails, but many individual emails.

I also attached an email from Nexus Medical. I was originally going to purchase up to 140 million San Huei brand N95 masks at $3.80 each, but then Nexus Medical mentioned an
over several phone calls. Nexus Medical never provided me the name of the authorized distributor. They stated they have up to 1 billion units. They said they can get us a shipm

Later today I have a call with Allied 100, along with Brittany Doolittle, who is with KL Gates. They are requiring a Non-Circumvention, Non-Disclosure & Working Agreement, whi
broker (KL Gates).

All three of the above parties have contacted me in the last week.

Thanks,

Kush Kishor
Contract Administrator
Master Agreements Unit 1
Procurement Division
Department of General Services
707 Third Street, 2nd Floor, MS 2-202
West Sacramento, CA 95605

Phone
Fax
Email

[DGS_PD_Logo]

Beware of Fraudulent Activity! - DGS has recently been made aware of fraudulent Purchase Orders and Spoof emails issued to the vendor community. Always confirm the validi
click on any hyperlinks from a suspicious email. A list of State agency contact information is provided on the DGS website located at http://www.dgs.ca.gov/pd/Programs/Delega
https://cold.govops.ca.gov/<https://gcc02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fcold.govops.ca.gov%2F&data=02%7C01%7CAngela.Shell%40dgs.ca.gov%7C1605b795eea54f9a6b7908d7ed22d7ac%7Cea45f7b107d749a8b8f537136ec938
. Vigilance is everyone's responsibility. For more information please visit http://www.dgs.ca.gov/pd/Home/FRAUDALERT.aspx

## Activity History

**Call 5/6/2020 3:39 PM**

| | |
|---|---|
| Name | Robert Saurez |
| Task | |
| Due Date | 5/6/2020 |
| Assigned To | Mindy McPherson |
| Last Modified Date/Time | 5/6/2020 3:52 PM |
| Comments | |

**Call 5/6/2020 3:31 PM**

| | |
|---|---|
| Name | Robert Saurez |
| Task | |
| Due Date | 5/6/2020 |
| Assigned To | Mindy McPherson |
| Last Modified Date/Time | 5/6/2020 3:39 PM |
| Comments | |

**Email: **Government Follow up 3M Case # 14988586 | [ ref:_00Do0KvQR._5002KmJZrB:ref ]**

| | |
|---|---|
| Name | |
| Task | |
| Due Date | 5/6/2020 |
| Assigned To | Mindy McPherson |
| Last Modified Date/Time | 5/6/2020 11:36 AM |

Comments:

Additional To: [redacted]
CC: [redacted]
BCC:
Attachment:

Subject: **Government Follow up 3M Case # 14988586 | [ ref:_00Do0KvQR._5002KmJZrB:ref ]
Body:
Good Morning,

This case was submitted via the web by William Childs (3M Senior Counsel) on behalf of ,a Deputy Director in the State of CA.

Thank you,

Mindy M
3M Covid-19 Fraud, Price Gouging and Counterfeit Product Response Team
500 Bielenberg Drive, Bldg. 583-05-01
Woodbury, MN 55125 | United States
[redacted]
www.3M.com

Case Reference: ref:_00Do0KvQR._5002KmJZrB:ref

——————— Original Message ———————
From: William Childs [redacted]
Sent: 5/4/2020 2:26 PM
To: covidfraud@mmm.com
Subject: FW: 3M Products

More than one below/attached

[image is no longer available]

Bill Childs | Senior Counsel

3M Litigation

Pronouns: He/him/his
3M Center, Mail Drop 220-9E-02 | St. Paul, MN 55144-1000 | United States
Office: [redacted] | Mobile: [redacted]
[redacted]

[image is no longer available][image is no longer available][image is no longer available][image is no longer available][image is no longer available][image is no longer available]

From: Douglas Stang [redacted]
Sent: Monday, May 4, 2020 2:16 PM
To: Haley Schaffer [redacted] William Childs [redacted]
Subject: FW: 3M Products
Importance: High

FYI

Case: 14988586 - Salesforce - Unlimited Edition

**From:** Shell, Angela@DGS
**Sent:** Saturday, May 2, 2020 8:20 PM
**To:** Douglas Stang
**Subject:** [EXTERNAL] FW: 3M Products
**Importance:** High

Hi Doug – Just wanted to flag a potential fraudulent offer we received in California. Please let me know if you need additional information. Thanks.


Angela Shell

Deputy Director

Procurement Division

Department of General Services

707 3rd Street

West Sacramento, CA 95605

Phone

Cell

Email –


[image is no longer available]

**From:** Kishor, Kush@DGS
**Sent:** Thursday, April 30, 2020 9:24 AM
**To:** Shell, Angela@DGS
**Subject:** 3M Products
**Importance:** High

Hi Angela,

Attached is an email that is from Jasmine Shih, who is a broker and Joel Nelson, who is with IMS Consulting. They are stating that they can get the State of California in touch with Atlantis Medical Consulting, LLC, who they claim is an authorized distributor of 3M. They would be selling us 1860 model masks at $2.75 each and that includes shipping. I stopped communication with them because I asked for the authorized distributor's name and they originally stated "LaSalle," but later changed it to Atlantis Medical Consulting, LLC. Since their story changed, I found them to not be legitimate. Whenever I emailed them, they wouldn't do a "reply all," but would start a new email, so there isn't a complete chain of emails, but many individual emails.

I also attached an email from Nexus Medical. I was originally going to purchase up to 140 million San Huei brand N95 masks at $3.80 each, but then Nexus Medical mentioned an opportunity for 3M N95 masks. Now that I've reviewed my inbox, they never put anything in writing. All of our communication was over several phone calls. Nexus Medical never provided me the name of the authorized distributor. They stated they have up to 1 billion units. They said they can get us a shipment of 50 million masks by early next week at $3.27 per mask. My last conversation with them was yesterday.

Later today I have a call with Allied 100, along with Brittany Doolittle, who is with KL Gates. They are requiring a Non-Circumvention, Non-Disclosure & Working Agreement, which would have to be signed by the State of California, Allied 100, the authorized distributor (which they have yet to provide), and the broker (KL Gates).

All three of the above parties have contacted me in the last week.

Thanks,


Kush Kishor

Contract Administrator

Master Agreements Unit 1

Procurement Division

Department of General Services

707 Third Street, 2nd Floor, MS 2-202

West Sacramento, CA 95605

Phone

Fax

Email


[image is no longer available]

Beware of Fraudulent Activity! – DGS has recently been made aware of fraudulent Purchase Orders and Spoof emails issued to the vendor community. Always confirm the validity of any Purchase Order by contacting the agency making the request. Do not process any order that appears suspicious. Do not click on any

hyperlinks from a suspicious email. A list of State agency contact information is provided on the DGS website located at http://www.dgs.ca.gov/pd/Programs/Delegated.aspx. Be vigilant by confirming valid State of California emails and phone numbers at https://cold.govops.ca.gov/ . Vigilance is everyone's responsibility. For more information please visit http://www.dgs.ca.gov/pd/Home/FRAUDALERT.aspx

**Call 5/6/2020 11:24 AM**

| | |
|---|---|
| Name | |
| Task | ✓ |
| Due Date | 5/6/2020 |
| Assigned To | Mindy McPherson |
| Last Modified Date/Time | 5/6/2020 11:32 AM |
| Comments | |

**Call 5/6/2020 11:11 AM**

| | |
|---|---|
| Name | |
| Task | ✓ |
| Due Date | 5/6/2020 |
| Assigned To | Mindy McPherson |
| Last Modified Date/Time | 5/6/2020 11:18 AM |
| Comments | |

**Call 5/6/2020 8:34 AM**

| | |
|---|---|
| Name | Greg Zioni |
| Task | ✓ |
| Due Date | 5/6/2020 |
| Assigned To | Mindy McPherson |
| Last Modified Date/Time | 5/6/2020 8:39 AM |
| Comments | |

## Case Milestones

**Resolution Time**

| | |
|---|---|
| Target Date | 5/6/2020 3:13 PM |
| Completion Date | |
| Time Remaining (Min:Sec) | 00:00 |
| Violation | ● |
| Completed | |

**First Action**

| | |
|---|---|
| Target Date | 5/5/2020 2:26 PM |
| Completion Date | |
| Time Remaining (Min:Sec) | 00:00 |
| Violation | ● |
| Completed | |

## Case History

**5/11/2020 8:48 AM**

User **Brock Offerdahl**
Action **Changed Description.**

**5/11/2020 8:47 AM**

User **Brock Offerdahl**
Action **Changed Case Owner from US-CovidFraud-QA to Brock Offerdahl.**

**5/8/2020 11:34 AM**

User **Mindy McPherson**
Action **Changed Case Owner from Mindy McPherson to US-CovidFraud-QA.**

**5/6/2020 8:51 AM**

User **Mindy McPherson**
Action **Changed Status from Omni Channel Routing to In Process.**

**5/6/2020 8:21 AM**

User **Mindy McPherson**
Action **Changed Case Sub-Reason from Other to Covid Fraud.**

**5/6/2020 8:21 AM**

User **Mindy McPherson**
Action **Changed BG-Division. Changed Case Sub-Reason to Other. Changed Case Reason to Other.**

**5/4/2020 3:13 PM**

User **Austin Moldenhauer**
Action **Changed Case Owner from US-CovidFraud.email to Mindy McPherson.**

**5/4/2020 2:27 PM**

User **SFDC IntegrationID**
Action **Changed Status from New to Omni Channel Routing. Created.**

## Case Team

Team Member **User: Mindy McPherson** Team Member **User: Brock Offerdahl**

| | |
|---|---|
| Member Role | **Collaborator** |
| Case Access | **Read/Write** |
| Visible In Customer Portal | ☐ |
| Modified By | **Austin Moldenhauer, 5/4/2020 3:13 PM** |

| | |
|---|---|
| Member Role | **Collaborator** |
| Case Access | **Read/Write** |
| Visible In Customer Portal | ☐ |
| Modified By | **Brock Offerdahl, 5/11/2020 8:47 AM** |

## Case Time Metrics

**CTN-20-05-04-19951401**

| | |
|---|---|
| Status | **New** |
| Total Hours | **0 Days 0.00 Hours** |
| Business Hours | **0 Days 0.00 Hours** |

**CTN-20-05-06-20089665**

| | |
|---|---|
| Status | **Omni Channel Routing** |
| Total Hours | **1 Days 18.41 Hours** |
| Business Hours | **1 Days 3.41 Hours** |

Copyright © 2000-2020 salesforce.com, inc. All rights reserved.

# EXHIBIT 7

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET, SUITE 1500
DALLAS, TX 75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN SMITH

DIRECT DIAL: 214.969.2533
EMAIL: austin.smith@tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
NEW YORK

ALGIERS
LONDON
MÉXICO CITY
MONTERREY

May 7, 2020

Shlomot Medical Service, Ltd.
c/o Mark J. Nussbaum
Mark J. Nussbaum & Associates, PLLC
225 Broadway, 39th Floor
New York, NY 10007

Re: Proof of contractual relationship with 3M

Gentlemen:

This correspondence shall confirm that I have verified that Nexus Medical, LLC ("Nexus Medical"), has contractual relationships directly with 3M by and through licensed 3M distributors and has placed and can place order for production of 3M 1860 masks in the One Hundred Million mask allotments or more. Nexus Medical and VinAsia Che Tao, LLC and Instadose have an agreement to provide access to 3M production for their clients.

Please do not hesitate to contact me if you have any questions.

THOMPSON & KNIGHT LLP

By: Austin Smith
Austin P. Smith