# EXHIBIT
# 1



Published on *3M News | United States* (https://news.3m.com) on 3/31/20 3:25 pm CDT

# 3M Outlines Latest Actions on COVID-19 Response

**Release Date:**
Tuesday, March 31, 2020 3:25 pm CDT

**Terms:**
 Company (English)

**Dateline City:**
ST. PAUL, Minn.

ST. PAUL, Minn.--(BUSINESS WIRE)--*3M Chairman and CEO Mike Roman issued the following update announcing additional details about 3M's capacity increases of N95 respirators, strong measures to combat price gouging and counterfeiting, and new partnerships to help protect our healthcare workers on the front lines:*

We continue to act with urgency to address this crisis from every angle, and do all we can to protect our heroic nurses, doctors and first responders. As previously communicated, beginning in January we ramped up to maximum production of N95 respirators, doubling our global output to a rate of 1.1 billion per year, or 100 million per month. This includes 35 million per month in the United States, and over just the last seven days we have delivered 10 million N95 respirators to healthcare facilities in states across the country.

We've already put into motion additional investments and actions that will enable us to double our capacity once again, to 2 billion globally within the next 12 months – and some of that additional capacity will begin to come online in the next 60-90 days. In the United States, we expect to be producing N95 respirators at a rate of 50 million per month in June, a 40 percent increase from current levels.

It's also important to understand how we are prioritizing and shipping products to serve the most urgent needs in this pandemic. In the U.S., more than 90 percent of our N95 respirators are going to healthcare and public health, with the remaining deployed to other critical industries such as energy, food and pharmaceuticals.

Of our U.S. supply directed toward healthcare and public health, roughly 80 percent is flowing rapidly through our healthcare distributors – primarily consisting of six large and well-known companies with incredible logistical capabilities – which is the quickest and most effective method of getting those supplies into the hands of workers. These N95 respirators are moving directly from 3M, to our healthcare distributors, to healthcare facilities and end-users. We are working closely with these partners to expedite delivery even more, which in some cases includes moving pallets directly from our plants into critical areas – as we have done over the last week to New York City and Seattle. The remaining 20 percent is being directed to the federal government, with the largest portion going to FEMA who will allocate based on their determination of the most urgent needs. The prioritization and distribution of all of our N95 respirators are being coordinated in close partnership with FEMA, and we are directly embedded with them at their headquarters to help streamline decision-making and action.

This is not just a 3M challenge; it's an industry-wide challenge. Even with 3M's accelerated production combined with capacity from other manufacturers, the reality is that demand for N95 respirators is much higher than the industries' ability to deliver. That is why we continue to explore innovative partnerships and solutions to help protect our healthcare workers in this extraordinary time.

Given the high use rate of N95 respirators, 3M engineers are right now collaborating with several sterilization companies to find a way for hospitals to safely clean, reuse and extend the life of these respirators.

Additionally, we are partnering with Ford to bolster production of 3M's powered air purifying respirators (PAPRs), which are highly specialized pieces of equipment used in the most demanding healthcare environments. We're moving forward quickly with the goal of increasing PAPR production by six-fold within the next 60 to 90 days.

Our people are working around the clock to accelerate all of these timelines, and I want to thank our 96,000 3Mers for your tireless efforts – including those in our plants and distribution centers who are helping make and deliver critical supplies to where they're desperately needed. We continue to prioritize the safety of our people and do all we can to support them – from remote work when possible, to social distancing and robust protocols for cleaning in our plants.

We also continue to act on reports of counterfeiting and price gouging related to 3M's respirators. This activity is unethical and illegal, and we're doing all we can to end it. A week ago, I sent a letter to the U.S. Attorney General and the attorneys general of every state making clear that 3M has not and will not raise its prices for respirators in this crisis, and offering our assistance in the fight against unconscionable activities. We're actively working with law enforcement, our retail partners and others to identify and punish perpetrators. To help our customers identify and avoid inflated prices, today we are publicly publishing the list prices for our N95 respirators, and activating a hotline to help customers and end-users verify the authenticity of 3M products and report suspected fraud. We've also made it clear to our channel partners that 3M will not tolerate any such activity, and that we will aggressively pursue third parties that seek to take advantage of this crisis.

As disappointing as this unethical activity is, it is equally heartening to see so many step up to help the world get through this crisis – including the many retailers and 3M customers that have voluntarily contributed or donated their excess stockpiles of respirators and other key supplies. We'll get through this together, and 3M and our people will continue to do all we can to protect lives and defeat this disease.

**Forward-Looking Statements**

This news release contains forward-looking information about 3M's financial results and estimates and business prospects that involve substantial risks and uncertainties. You can identify these statements by the use of words such as "anticipate," "estimate," "expect," "aim," "project," "intend," "plan," "believe," "will," "should," "could," "target," "forecast" and other words and terms of similar meaning in connection with any discussion of future operating or financial performance or business plans or prospects. Among the factors that could cause actual results to differ materially are the following: (1) worldwide economic, political, regulatory, capital markets and other external conditions and other factors beyond the Company's control, including natural and other disasters or climate change affecting the operations of the Company or its customers and suppliers; (2) risks related to public health crises such as the global pandemic associated with the coronavirus (COVID-19); (3) liabilities related to certain fluorochemicals, including lawsuits concerning various PFAS-related products and chemistries, and claims and governmental regulatory proceedings and inquiries related to PFAS in a variety of jurisdictions; (4) legal proceedings, including significant developments that could occur in the legal and regulatory proceedings described in the Company's Annual Report on Form 10-K for the year ended Dec. 31, 2019, and any subsequent quarterly reports on Form 10-Q (the "Reports"); (5) competitive conditions and customer preferences; (6) foreign currency exchange rates and fluctuations in those rates; (7) the timing and market acceptance of new product offerings; (8) the availability and cost of purchased components, compounds, raw materials and energy (including oil and natural gas and their derivatives) due to shortages, increased demand or supply interruptions (including those caused by natural and other disasters and other events); (9) unanticipated problems or delays with the phased implementation of a global enterprise resource planning (ERP) system, or security breaches and other disruptions to the Company's information technology infrastructure; (10) the impact of acquisitions, strategic alliances, divestitures, and other unusual events resulting from portfolio management actions and other evolving business strategies, and possible organizational restructuring; (11) operational execution, including scenarios where the Company generates fewer productivity improvements than estimated; (12) financial market risks that may affect the Company's funding obligations under defined benefit pension and postretirement plans; and (13) the Company's credit ratings and its cost of capital. Changes in such assumptions or factors could produce significantly different results. A further description of these factors is located in the Reports under "Cautionary Note Concerning Factors That May Affect Future Results" and "Risk Factors" in Part I, Items 1 and 1A (Annual Report) and in Part I, Item 2 and Part II, Item 1A (Quarterly Reports). The information contained in this news release is as of the date indicated. The Company assumes no obligation to update any forward-looking statements contained in this news release as a result of new information or future events or developments.

## About 3M

At 3M, we apply science in collaborative ways to improve lives daily. With $32 billion in sales, our 96,000 employees connect with customers all around the world. Learn more about 3M's creative solutions to the world's problems at www.3M.com or on Twitter @3M or @3MNews.

## Language:
English

## Contact:

Jennifer Ehrlich
(651) 736-9430

## Ticker Slug:

*Ticker:* MMM
*Exchange:* NYSE

---

**Source URL:** https://news.3m.com/press-release/company-english/3m-outlines-latest-actions-covid-19-response

# EXHIBIT
# 2



Published on *3M News | United States* (https://news.3m.com) on 4/6/20 5:58 pm CDT

# 3M and the Trump Administration Announce Plan to Import 166.5 Million Additional Respirators into the United States over the Next Three Months

**Release Date:**
Monday, April 6, 2020 5:58 pm CDT

**Terms:**
 Company (English)

**Dateline City:**
ST. PAUL, Minn.

## *Imports to supplement the 35 million N95 respirators 3M currently produces in U.S. per month*

ST. PAUL, Minn.--(BUSINESS WIRE)--Today 3M and the Trump Administration are announcing a plan to import 166.5 million respirators over the next three months to support healthcare workers in the United States. 3M and the Administration worked together to ensure that this plan does not create further humanitarian implications for countries currently fighting the COVID-19 outbreak, and committed to further collaborate to fight price gouging and counterfeiting.

"I want to thank President Trump and the Administration for their leadership and collaboration," said 3M chairman and CEO Mike Roman. "We share the same goals of providing much-needed respirators to Americans across our country and combating criminals who seek to take advantage of the current crisis. These imports will supplement the 35 million N95 respirators we currently produce per month in the United States."

"Given the reality that demand for respirators outpaces supply, we are working around the clock to further expand our capacity, while prioritizing and redirecting our supplies to serve the most critical areas," Roman continued. "We'll continue to do all we can to protect our heroic healthcare workers and first responders, and I want to thank our 96,000 3Mers for your tireless efforts – including those in our plants and distribution centers around the world."

3M will import 166.5 million respirators over the next three months primarily from its manufacturing facility in China, starting in April. The Administration is committed to working to address and remove export and regulatory restrictions to enable this plan. The plan will also enable 3M to continue sending U.S. produced respirators to Canada and Latin America, where 3M is the primary source of supply.

As a global company, 3M has manufacturing operations around the world to serve local and regional markets. As the pandemic unfolds in different stages around the world, 3M will continue to work with governments to direct respirators and other supplies to serve areas most in need.

Beginning in January, 3M ramped up production of N95 respirators and doubled its global output to 1.1 billion per year – including the 35 million a month in the United States. 3M has already put into motion additional investments and actions that will enable it to double its capacity again to 2 billion globally within 12 months, with additional capacity to begin coming online in the next 60 to 90 days. In the United States, for example, 3M expects to be producing N95 respirators at a rate of 50 million per month in June, a 40 percent increase from current levels.

Last week 3M announced additional actions to address price gouging and counterfeit activity related to its respirators. 3M has not changed the prices it charges for respirators, and will take decisive action against those seeking to take illegal and unethical advantage of the COVID-19 outbreak.

**Forward-Looking Statements**
This news release contains forward-looking information about 3M's financial results and estimates and business prospects that involve substantial risks and uncertainties. You can identify these statements by the use of words such as "anticipate," "estimate," "expect," "aim," "project," "intend," "plan," "believe," "will," "should," "could," "target," "forecast" and other words and terms of similar meaning in connection with any discussion of future operating or financial performance or business plans or prospects. Among the factors that could cause actual results to differ materially are the following: (1) worldwide economic, political, regulatory, capital markets and other external conditions and other factors beyond the Company's control, including natural and other disasters or climate change affecting the operations of the Company or its customers and suppliers; (2) risks related to public health crises such as the global pandemic associated with the coronavirus (COVID-19); (3) liabilities related to certain fluorochemicals, including lawsuits concerning various PFAS-related products and chemistries, and claims and governmental regulatory proceedings and inquiries related to PFAS in a variety of jurisdictions; (4) legal proceedings, including significant developments that could occur in the legal and regulatory proceedings described in the Company's Annual Report on Form 10-K for the year ended Dec. 31, 2019, and any subsequent quarterly reports on Form 10-Q (the "Reports"); (5) competitive conditions and customer preferences; (6) foreign currency exchange rates and fluctuations in those rates; (7) the timing and market acceptance of new product offerings; (8) the availability and cost of purchased components, compounds, raw materials and energy (including oil and natural gas and their derivatives) due to shortages, increased demand or supply interruptions (including those caused by natural and other disasters and other

events); (9) unanticipated problems or delays with the phased implementation of a global enterprise resource planning (ERP) system, or security breaches and other disruptions to the Company's information technology infrastructure; (10) the impact of acquisitions, strategic alliances, divestitures, and other unusual events resulting from portfolio management actions and other evolving business strategies, and possible organizational restructuring; (11) operational execution, including scenarios where the Company generates fewer productivity improvements than estimated; (12) financial market risks that may affect the Company's funding obligations under defined benefit pension and postretirement plans; and (13) the Company's credit ratings and its cost of capital. Changes in such assumptions or factors could produce significantly different results. A further description of these factors is located in the Reports under "Cautionary Note Concerning Factors That May Affect Future Results" and "Risk Factors" in Part I, Items 1 and 1A (Annual Report) and in Part I, Item 2 and Part II, Item 1A (Quarterly Reports), as updated by applicable Current Reports on Form 8-K. The information contained in this news release is as of the date indicated. The Company assumes no obligation to update any forward-looking statements contained in this news release as a result of new information or future events or developments.

About 3M
At 3M, we apply science in collaborative ways to improve lives daily. With $32 billion in sales, our 96,000 employees connect with customers all around the world. Learn more about 3M's creative solutions to the world's problems at www.3M.com or on Twitter @3M or @3MNews.

**Language:**
English

**Contact:**

Jennifer Ehrlich
651-733-8805

**Ticker Slug:**
*Ticker:* MMM
*Exchange:* NYSE

---

**Source URL:** https://news.3m.com/press-release/company-english/3m-and-trump-administration-announce-plan-import-1665-million-addition

# EXHIBIT

# 3



PRODUCTS FOR
BUSINESS                ▼

PRODUCTS FOR
CONSUMERS               ▷

ABOUT US  ▷

3M United States > Coronavirus

Alert: 3M is committed to the fight against COVID-19. l



# Helping the world respond to COVID-19

## 3M is committed to doing everything we can to fight COVID-19 and support healthcare workers globally

The COVID-19 pandemic continues to affect all of us, and 3M is working around-the-clock to help provide critical tools for the fight. Our current focus: supporting healthcare and front-line workers around the world by manufacturing products they need to help protect their lives as they treat others.









### Increasing output of N95 respirators

Doubled our global output rate to nearly 100 million respirators per month; expect to produce about 50 million respirators per month in the U.S. by June 2020.

Anticipate doubling our global capacity to almost 2 billion respirators in the next 12 months.

We have not increased the **prices we charge for 3M respirators** in this crisis.

### Partnering with others to supply more

Working with governments to investigate alternate manufacturing scenarios and exploring coalitions with other companies to increase capacity further.

Partnering with **Ford Motor Company** and **Cummins** to increase supply of Powered Air Purifying Respirators (PAPRs) for healthcare workers.

3M has activated an external collaboration team.

### Getting product to those who need it most

3M has optimized supply chain to expedite shipments to health care customers.

In the US, 90% of our N95 respirators designated for healthcare workers; remainder for critical industries including: food, energy and pharmaceutical.

Maximizing production of other important products, including hand sanitizers and disinfectants.

### Combatting price-gouging, fraud and counterfeiting

Working with law enforcement, retail partners and others to identify unethical, illegal counterfeiters and price-gougers related to 3M's respirators, remove them from e-commerce partner sites, and refer them to the appropriate law enforcement authorities.

Inviting those with concerns of potentially fraudulent activity, price gouging, or counterfeit 3M products **to report their concerns at 3M's website** so we can take action.

# WARNING: Fraud and Counterfeit Activity

We have created a new 3M hotline for the U.S. and Canada that end-users and purchasers of 3M products can call for information on how to identify authentic 3M products and to ensure products are from 3M authorized distributors.



1 (800) 426-8688
Call the fraud hotline.



Report a concern



STATEMENT: Fraudulent Activity, Price Gouging, and Counterfeit Products
(PDF, 1.6 MB)

3M recommends purchasing our products from a 3M authorized distributor or dealer only. This offers the greatest assurance that you will receive authentic 3M product.

If you need help identifying 3M authorized distributors and dealers in your area, please contact 3M Help Center or 1 (888) 364-3577 in the United States. In Canada, please contact 3M Canada Customer Service at 1 (800) 364-3577.

## Learn about critical 3M products and access helpful resources







### Personal Protective Equipment (PPE)

Proper selection and use are key to utilizing respirators to help reduce exposure to airborne contaminants. Find Technical Bulletins, How to Videos, Fit Testing Resources and more information to help you protect your employees and yourself.

**Learn more about personal protective equipment**

### Commercial Cleaning Solutions

Get information and application tips on 3M cleaning and disinfectant products for use by facility managers, building service contractors and all who clean public spaces.

**Learn more about commercial cleaning solutions**

### Supporting Health Care Providers

Every day, health care workers on the front lines put themselves at risk to ensure others are cared for. 3M Medical offers resources and information to help protect providers and patients, especially during this challenging time.

**Learn more about health care provider resources**

# Stay up to date with 3M's response to COVID-19





April 13, 2020

## Ford and 3M collaboration leads to new powered air purifying respirator (PAPR) design





April 10, 2020

**3M files lawsuit alleging N95 price gouging in New York City**



READ MORE IN THE 3M NEWS CENTER



# Get answers to frequently asked questions about 3M and COVID-19

Explore all FAQs

## Stay up-to-date on the science of COVID-19

If you have questions about the virus and how to best protect yourself, please consult the sources below for the most current guidelines and recommended precautions.



## Center for Disease Control and Prevention

- **2020 Situation Summary**
- **What You Need to Know**
- **Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings**

## World Health Organization

- **Coronavirus**
- **Infection prevention and control during health care when novel coronavirus (nCoV) infection is suspected**

## Contact Media Relations

Media inquiries regarding 3M's response to the coronavirus situation should be referred to 3M Media Relations.

Contact Us

# EXHIBIT

# 4



Published on *3M News | United States* (https://news.3m.com) on 3/24/20 3:29 pm CDT

# 3M Supports Efforts to Curb Pandemic Profiteers

**Release Date:**
Tuesday, March 24, 2020 3:29 pm CDT

**Terms:**
 Company (English)

**Dateline City:**
ST. PAUL, Minn.

ST. PAUL, Minn.--(BUSINESS WIRE)--Today, 3M Chairman and Chief Executive Officer Mike Roman delivered the following letter to William Barr, attorney general of the United States; Larry Hogan, governor of Maryland and chair of the National Governors Association; and Tim Fox, attorney general of Montana and president of the National Association of Attorneys General, highlighting 3M's actions to curb counterfeiting and price gouging of personal protective equipment during the COVID-19 pandemic. The letter also urges federal and state governments and law enforcement officials to continue to lead the fight, with 3M's support and assistance, against those who are exploiting the crisis by marketing counterfeit products or gouging the public.
...

Dear Attorney General Barr, Governor Hogan, and Attorney General Fox:

On behalf of 3M and our 96,000 employees worldwide, I would like to offer our support as you protect the public from counterfeiting and price-gouging with respect to critical medical devices, including the respirators and masks that are critical to our country's medical personnel.

This pandemic is affecting us all. 3M is doing all that it can to support public health and those impacted by this global health crisis. We are mobilizing all available resources and rapidly increasing output of critical supplies healthcare workers in the United States and around the world need to help protect their lives as they treat others.

Since the COVID-19 outbreak, 3M has doubled its output of N95 respirators. We are running our manufacturing lines around the clock seven days a week, hiring workers, adding shifts, and activating more production lines. In addition, 3M is increasing its investment to expand its global capacity for manufacturing these respirators by more than 30 percent in the next 12 months. Here in the U.S., 3M currently manufactures more than 400 million N95 respirators annually. This production capacity, as well as our increased production of hand sanitizers and disinfectants, is critical to supporting healthcare workers and first responders. We are also in the process of working with logistics providers and large e-marketplace operators on a coordinated strategy and action plan to ensure products rapidly get to where they are needed most.

**3M has not increased the prices it charges for respirators as a result of this global crisis. 3M will not increase its current pricing for respirators being used to help address the pandemic.**

We assume you have seen the many reports of fraudulent activity and price gouging involving medical devices, including our N95 respirators. We are currently providing assistance directly to the public to help curb this activity:

https://multimedia.3m.com/mws/media/1803670O/fraudulent-activity-and-counterfeit-products.pdf.

We are also in the process of working with large e-marketplace operators on a coordinated strategy and action plan to identify and remove counterfeiters and price-gougers and to refer them to the appropriate law enforcement authorities. In addition, we would welcome the opportunity to provide assistance to you as you seek to identify and hold individuals and organizations accountable for making counterfeit respirators or inflating prices.

We will continue to do all we can to support healthcare workers and those on the front lines combatting the COVID-19 outbreak. We stand ready to work with federal and state governments to end unethical actions that exploit this global pandemic and threaten those working so hard to protect public health and safety.

Respectfully,

Mike Roman

3M Chairman of the Board and Chief Executive Officer


**About 3M**

At 3M, we apply science in collaborative ways to improve lives daily. With $32 billion in sales, our 96,000 employees connect with customers all around the world. Learn more about 3M's creative solutions to the world's problems at www.3M.com or on Twitter @3M or @3MNews.


**Language:**
English

**Contact:**

Jennifer Ehrlich
(651) 736-9430

**Ticker Slug:**
*Ticker:* MMM
*Exchange:* NYSE

---

**Source URL:** https://news.3m.com/press-release/company-english/3m-supports-efforts-curb-pandemic-profiteers

# EXHIBIT
# 5

**3M** Science.
Applied to Life.™

May 18, 2020

# Fraudulent Activity, Price Gouging, and Counterfeit Products

At 3M, we are committed to doing all we can to help combat the fraudulent, price gouging, and counterfeit activity that is unfortunately occurring in connection with COVID-19. Examples include people fraudulently representing themselves as being affiliated with 3M and having authentic 3M product to sell, selling (or offering to sell) 3M products at grossly inflated prices, selling counterfeit products falsely claimed to be from 3M, and falsely claiming to manufacture 3M products. In many cases, these scammers will try and secure funds in advance and then disappear once the money is received.

3M will not tolerate any such activity by 3M authorized channel partners and we will aggressively pursue third-parties that seek to take advantage of this crisis. We are working with law enforcement authorities around the world – including, in the U.S., the U.S. Attorney General, state Attorneys General, and local authorities.

We have also created a new **3M COVID-19 Fraud hotline** for the U.S. and Canada that end-users and purchasers of 3M products can call for information to help detect fraud and avoid counterfeit products. **You can reach this hotline by calling: 1 (800) 426-8688.**

In addition to the hotline, you can report a concern in the US at **www.go.3m.com/covidfraud**. You can report a concern in Canada at **www.go.3M.com/covidfraud-en-ca** (English) or **www.go.3M.com/covidfraud-fr-ca** (French)

3M recommends purchasing our products only from a 3M authorized distributor or dealer, as that offers the greatest assurance that you will receive authentic 3M products.

**With regard to 3M respirators specifically, we are providing the following additional information to help stop price gouging and sales of counterfeit products:**

- 3M has <u>not</u> changed the prices we charge for 3M respirators as a result of the COVID-19 outbreak.

- We are actively working to eliminate price gouging, including making referrals to law enforcement where appropriate.

- To help customers identify and avoid inflated prices, we are now publishing current single-case list prices for many of the most common 3M N95 respirator models sold in the U.S.

- List prices for these models sold in Canada are similar on a currency-adjusted basis.

- These list prices are per respirator.

| | Model # | List Price (USD) |
|---|---|---|
| **Surgical N95 Respirators** | 1804 | $0.68 |
| | 1804S | $0.68 |
| | 1860 | $1.27 |
| | 1860S | $1.27 |
| | 1870+ | $1.78 |
| **Standard N95 Respirators** | 8210 | $1.02 - $1.31 |
| | 8210Plus | $1.18 - $1.50 |
| | 8210V | $1.48 - $1.88 |
| | 8110S | $1.08 - $1.37 |
| | 8200 | $0.63 - $0.80 |
| | 8511 | $2.45 - $3.11 |
| | 9105 | $0.64 - $0.81 |
| | 9105S | $0.64 - $0.81 |
| | 9210+ | $1.40 - $1.78 |
| | 9211+ | $2.68 - $3.40 |

- Actual prices may be lower than these list prices, as negotiated between you and your chosen reseller.

- 3M has also worked to further accelerate delivery of respirators to critical end-users – both by utilizing our existing network of healthcare distributors and, where it makes sense to do so, shipping directly to end-user locations. Effective the week of March 23, the small volume of 3M filtering facepiece respirators being made available to critical industrial infrastructure is shipping directly to the specified end-user.

- 3M respirators should be sold only in 3M packaging, with model-specific user instructions accompanying the product.

- 3M respirators should not be sold individually or without packaging (including User Instructions).

- 3M has strict quality standards, and therefore products that have missing straps, strange odors, blocked valves, misspelled words, etc. are likely not authentic 3M respirators.

Finally, 3M personal protective equipment (PPE) is intended, labeled, packaged, and certified to meet the requirements of the countries in which 3M sells it. Those requirements differ around the world, including as it relates to, for example, respirator performance, local language, and local certification and approval for sale and use. As a result, 3M PPE imported from other countries may not meet local requirements. Please confirm such PPE meets all applicable requirements prior to use.

For technical assistance regarding the selection and use of 3M respirators, please contact your local 3M Technical Service team. In the U.S., you can call 1 (800) 243-4630. In Canada, you can call 1 (800) 364-3577.

**For more information, contact the 3M Help Center at 1 (888) 364-3577 in the United States. In Canada, please contact 3M Canada Customer Service at 1 (800) 364-3577.**

3M Company
3M Center
St. Paul, MN
55144-1000

© 3M 2020. All Rights Reserved.
3M is a trademark of 3M Company and affiliates.
Used under license in Canada.

# EXHIBIT

# 6



## 3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfeiting Reporting

### Have a concern to report related to Fraud, Price Gouging or Counterfeit product? Fill out form below

At 3M, we are committed to doing all we can to help combat the fraudulent, price gouging, and counterfeit activity that is unfortunately occurring in connection with COVID-19. 3M will not tolerate any such activity by 3M authorized channel partners and we will aggressively pursue third-parties that seek to take advantage of this crisis. We are working with law enforcement authorities around the world – including, in the U.S., the U.S. Attorney General, State Attorneys General, and local authorities.

### COVID-19 Fraud

*Please complete as much of the information requested below as possible. Fields marked with an asterisk are required. Once you submit this report, you will receive an email notification that 3M has received the report. We request that you reply to that email and attach any copies of invoices, contracts, pictures of product and any other relevant documentation that can help us to investigate the situation.*

## Requestor Information

**First Name***

**Last Name***

**Company Name**

**Email/Business Email Address***

**Phone/Business Phone Number***

**Government Agency Name (if applicable)**

**Country/Region***

United States

**Account Type***

Select One

## Alleged Solicitor/Seller Information

*Please provide as much information as possible.*

**Seller First Name**

**Seller Last Name**

**Seller Company**

**Seller Email**

**Seller Phone**

**Seller's Website**

## Fraud Product Details

**Product 1***

Select One

**Product 1 Price**

**Product 1 3M SKU**

**Product 1 Quantity**

**Product 2**

Select One

**Product 2 Price**

**Product 2 3M SKU**

**Product 2 Quantity**

**Product 3**

Select One

**Product 3 Price**

**Product 3 3M SKU**

**Product 3 Quantity**

**How did the interaction take place?***

Select One

**Interaction URL**

**Product Fraud Details**\*

*Provide as much detail about the interaction as possible including how you first contacted the seller and what information did the seller provide you regarding the product*

3M respects your right to privacy. 3M will collect, use, and disclose the personal information you provide in accordance with our Privacy Policy. In order to investigate and prosecute fraud, price gouging and fraudulent activity, 3M may voluntarily share information with law enforcement agencies around the world. If 3M elects to share personal information with law enforcement agencies, 3M will have no control over that personal information.

Please be aware that the information you supply about yourself, or any aspect of 3M's operations may result in actions or decisions that may affect others. We ask you to provide only information that, to the best of your knowledge, is correct. You will not be sanctioned for submitting information in good faith, even if it turns out to be inaccurate. However, if you knowingly provide false or misleading information, it may result in disciplinary or judicial action.

Submit

The brands listed above are trademarks of 3M.

/