IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| 3M COMPANY, § § Plaintiff, § § v. § § Civil Action No. 1:20-cv-000697-LY NEXUS MEDICAL LLC, § VINASIA CHE TAO LLC, and § DOES 1-10, § § Defendants. | |

**PLAINTIFF 3M COMPANY'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT NEXUS MEDICAL LLC**

TO THE HONORABLE CLERK OF THE COURT:

Pursuant to and in accordance with the Federal Rules of Civil Procedure and based upon the Declaration of Plaintiff's counsel attached hereto as Exhibit A, application is hereby made for the entry of a default against Defendant Nexus Medical LLC ("Defendant"). From a review of the Court file in this case it appears that Defendant was properly served on July 7, 2020 with a copy of the Summons and Complaint in this case. However, Defendant has failed to file an answer or otherwise defend against Plaintiff's Complaint. A proposed Entry of Default is attached hereto as Exhibit B.

| | |
|---|---|
| Dated: August 18, 2020 | **NORTON ROSE FULBRIGHT US LLP**<br><br>*/s/ Michael W. O'Donnell*<br>Michael W. O'Donnell<br>State Bar No. 24002705<br>mike.odonnell@nortonrosefulbright.com<br>Aimeé Vidaurri<br>State Bar No. 24098550<br>aimee.vidaurri@nortonrosefulbright.com<br>Frost Tower<br>111 W. Houston Street, Suite 1800<br>San Antonio, Texas 78205<br>Telephone: (210) 224-5575<br>Facsimile: (210) 270-7205<br><br>Paul Trahan<br>State Bar No. 24003075<br>Paul.trahan@nortonrosefulbright.com<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 536-5288<br>Facsimile: (512) 536-4598<br><br>*Attorneys for Plaintiff 3M Company* |

## CERTIFICATE OF SERVICE

On August 18, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court:

Ryan A. Starnes
Libby Sparks Willis Starnes PLLC
5950 Berkshire Lane, Suite 200
Dallas, Texas 75225
rstarnes@libbysparks.com

*Attorneys for VinAsia Che Tao LLC*

                                            */s/ Michael W. O'Donnell*
                                            Michael W. O'Donnell