

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| Jeannette J. Clack<br>Clerk of Court | WESTERN DISTRICT OF TEXAS<br>501 West 5th Street, Ste. 1100<br>Austin, TX  78701 | Philip J. Devlin<br>Chief Deputy |

**November 4, 2020**

RE:  *3M Company v. VinAsia Che Tao LLC* 1:20-CV-1097-LY

(Severed from *3M Company v. Nexus Medical LLC et al;* Case No. 1:20-CV-697-LY )

Dear Counsel,

Please be advised that certain parties and/or claims have been severed from 1:20-CV-697-LY pursuant to an Order entered by Judge Lee Yeakel on November 3, 2020.

The new cause styled *3M Company v. VinAsia Che Tao LLC* is proceeding under cause number 1:20-CV-1097-LY.  The judge assigned to the Honorable Lee Yeakel.

If you have any questions, please feel free to contact our office.


Sincerely,

*Christopher James*

Deputy Clerk