IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 3M COMPANY, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-1097-LY |
| | § | |
| VINASIA CHE TAO LLC, | § | |
| DEFENDANT. | § | |

## ORDER

Before the court is the parties' Joint Motion to Enter Joint Proposed Scheduling Order filed September 25, 2020 (Doc. #41). On this same date, the court rendered a Scheduling Order in this cause. Accordingly,

**IT IS ORDERED** that the parties' Joint Motion to Enter Joint Proposed Scheduling Order filed September 25, 2020 (Doc. #41) is **DISMISSED**.

SIGNED this 13th day of November, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE