February 5, 2021

U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

# NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
United States

**Michael W. O'Donnell**
**Partner-in-Charge, San Antonio**
Direct line +1 210 270 7145
mike.odonnell@nortonrosefulbright.com

Tel +1 210 224 5575
Fax +1 210 270 7205
nortonrosefulbright.com

Re: Civil Action No. 1:20-cv-1097-LY; *3M Company v. VinAsia Che Tao LLC*; in the United States District Court for the Western District of Texas, Austin Division

Dear Sir or Madam:

Please be advised that I will be on vacation on the following dates:

March 8, 2021 – March 14, 2021
May 28, 2021 – June 14, 2021

By copy of this letter to all counsel and parties, I respectfully request that no hearings or trial be scheduled during this time or immediately after this time.

Please contact our office should you have any questions. Thank you for your courtesy and attention to this matter.

Very truly yours,

*/s/ Michael W. O'Donnell*
Michael W. O'Donnell

MWO/cas

cc: Ryan A. Starnes

101688556.1

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.