IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 3M COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:20-CV-1097-LY |
| | § | |
| VINASIA CHE TAO LLC, | § | |
| | § | |
| Defendant. | § | |

## REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to Local Rule CV-88 and the Court's Scheduling Order entered herein (Doc. 51), 3M Company ("3M") submits the following report on alternative dispute resolution.

On January 20, 2021, counsel for 3M and VinAsia Che Tao LLC ("VinAsia") discussed the potential settlement of this matter. In light of this settlement conference, the parties agreed to extend their respective deadlines for 3M's submission of a written settlement offer and VinAsia's response to this offer by two weeks to allow time for the parties to further discuss settlement with their respective clients. 3M submitted its written offer of settlement to VinAsia on the agreed deadline of January 29, 2021. VinAsia's response to 3M's settlement offer was due February 24, 2021. VinAsia responded to 3M's settlement offer today, March 1, 2021. The parties have not agreed on a settlement.

Michael W. O'Donnell is responsible for settlement negotiations on behalf of Plaintiff 3M Company. Brad Bryan has participated in settlement discussions on behalf of Defendant VinAsia Che Tao LLC. The parties have discussed the possibility of mediation after the exchange of settlement offers was complete and upon further conferring on settlement.

| | |
|---|---|
| Dated: March 1, 2021 | **NORTON ROSE FULBRIGHT US LLP**<br><br>*/s/ Paul Trahan*<br>Michael W. O'Donnell<br>State Bar No. 24002705<br>mike.odonnell@nortonrosefulbright.com<br>Aimeé Vidaurri<br>State Bar No. 24098550<br>aimee.vidaurri@nortonrosefulbright.com<br>Frost Tower<br>111 W. Houston Street, Suite 1800<br>San Antonio, Texas 78205<br>Telephone:  (210) 224-5575<br>Facsimile:  (210) 270-7205<br><br>Paul Trahan<br>State Bar No. 24003075<br>Paul.trahan@nortonrosefulbright.com<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone:  (512) 536-5288<br>Facsimile:  (512) 536-4598<br><br>*Attorneys for Plaintiff 3M Company* |

## CERTIFICATE OF SERVICE

On March 1, 2021, the foregoing was served via the Court's electronic case filing system and email.

Ryan A. Starnes
*rstarnes@libbysparks.com*
Jonathan Brad Bryan
*bbryan@libbysparks.com*
Libby Sparks Willis Starnes PLLC
5950 Berkshire Lane, Suite 200
Dallas, Texas 75225

*Attorneys for VinAsia Che Tao LLC*

                            */s/ Paul Trahan*