## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **3M COMPANY,** § | |
| *Plaintiff* § | |
| § | |
| § | |
| **v.** § | |
| § | |
| **VINASIA CHE TAO LLC,** § | Case No.  1:20-CV-1097-LY |
| *Defendant* § | |

## ORDER

Before the Court is Defendant VinAsia Che Tao, LLC's Motion for Protective Order and Motion to Quash Depositions, filed April 6, 2021 (Dkt. 55).

Under Rule CV-7(e)(2) of the Local Court Rules of the United States District Court for the Western District of Texas, responses to non-dispositive motions are due within seven days after the motion is filed; if no response is timely filed, the court may grant the motion as unopposed. Plaintiff 3M Company did not respond to Defendant's Motion by the deadline. The Court therefore **GRANTS** as unopposed Defendant VinAsia Che Tao, LLC's Motion for Protective Order and Motion to Quash Depositions (Dkt. 55) pursuant to Local Rule CV-7(e)(2).

It is **FURTHER ORDERED** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on April 15, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE