## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| 3M COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-1097-LY |
| | § | |
| VINASIA CHE TAO LLC | § | |
| | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF 3M COMPANY'S RESPONSE TO THE MOTION
## FOR WITHDRAWAL AS ATTORNEYS OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, 3M Company ("3M"), through its undersigned counsel, respectfully submits this Response to the Motion for Withdrawal as Attorneys of Record (the "Motion"), which was submitted by counsel for Defendant VinAsia Che Tao, LLC ("VinAsia").

3M does not oppose the withdrawal so long as the withdrawal does not delay the trial or disposition of this action. While 3M respects the stated reasons for withdrawal set forth in the Motion, 3M is eager to try this case and to bring the matter to conclusion. As the Court is aware, this matter has been pending for over a year, since June 30, 2020.

"[T]rial courts are vested with the inherent power to manage their dockets in order to dispose of cases in an efficient and orderly manner." *Davis v. Syntex Labs., Inc.*, 149 F.3d 1178, at *1 (5th Cir. 1998). In addition, a "motion to withdraw as counsel is a matter entrusted to the sound discretion of the [district] court." *Diamond Consortium, Inc. v. Hammervold*, 737 Fed. Appx. 194, 196 (5th Cir. 2018) (internal quotation marks and citations omitted) (alteration in

original). Because VinAsia cannot represent itself in this matter, the withdrawal of Opposing Counsel could lead to undue delay or default. *See Donovan v. Rd. Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) ("[A] corporation as a fictional legal person can only be represented by licensed counsel." (internal quotation marks and citation omitted)). If, through the exercise of its sound discretion, the Court determines that such withdrawal will not cause undue delay in the resolution of this matter, then 3M has no opposition to the withdrawal.

Dated: August 11, 2021

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Michael W. O'Donnell*
Michael W. O'Donnell
State Bar No. 24002705
mike.odonnell@nortonrosefulbright.com
Aimeé Vidaurri
State Bar No. 24098550
aimee.vidaurri@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205

Paul Trahan
State Bar No. 24003075
Paul.trahan@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone:  (512) 536-5288
Facsimile:  (512) 536-4598

*Attorneys for Plaintiff 3M Company*

## CERTIFICATE OF SERVICE

On August 11, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court:

Ryan A. Starnes
Libby Sparks Willis Starnes PLLC
5950 Berkshire Lane, Suite 200
Dallas, Texas 75225
rstarnes@libbysparks.com

*Attorneys for VinAsia Che Tao LLC*

*/s/ Michael W. O'Donnell*
Michael W. O'Donnell